MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
BRIAN BRAZIER (SBN 245004)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Defendant
SUSAN POLGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA CHESS FEDERATION, an Illinois non-for profit corporation, RANDALL D. HOUGH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-05126-MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT SUSAN POLGAR'S TIME TO FILE RESPONSIVE PLEADINGS** |

1     WHEREAS, Defendant, Susan Polgar, is currently out of the country and thus unable to
2 confer with her counsel regarding her answer to Plaintiffs' complaint, and/or any cross-
3 complaints, or any motion to dismiss she may wish to file, and

4     WHEREAS Defendant removed this case to the Northern District on November 10, 2008,
5 and

6     WHEREAS Defendant's responsive pleading, or cross complaint is now due, the parties
7 hereby stipulate to extend the time for Defendant to file any responsive pleadings to **December
8 1, 2008**.

9     The parties also agree that any motion Defendant may file in response to Plaintiffs'
10 Complaint would be calendared so that Plaintiffs' opposition would be due no earlier than
11 January 15, 2009.

12     Additionally both parties agree that the present agreement applies only to Defendant's
13 responsive pleadings and not to any ancillary motions Defendant may file.

Dated: November 19, 2008      GONZALEZ & LEIGH, LLP

By: */s/ G. Whitney Leigh*
    G. Whitney Leigh
    Attorneys for Defendant
    SUSAN POLGAR

Dated: November 19, 2008      KRONENBERGER BURGOYNE, LLP

By: */s/ Karl S. Kronenberger*
    Karl S. Kronenberger
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA CHESS
    FEDERATION, INC.

**IT IS SO ORDERED.**

Dated: 11/20/2008

Hon. Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED