UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES CHESS FEDERATION et al, | No. C 08-5126 MHP |
| Plaintiff(s), | **ORDER GRANTING EFILE STATUS** |
| v. | |
| SUSAN POLGAR et al, | |
| Defendant(s). | |

Having been advised by defendant Gregory Alexander that he is willing and able to participate in the court's Electronic Case Filing ("ECF") program, and pursuant to Civil Local Rule 5-4 and General Order No. 45, it is hereby ordered that the above-entitled case is designated to the ECF program. Plaintiff shall register as an e-filer within ten days of the date of this order, and thereafter shall comply with all the rules regarding e-filing and all of the orders of this court. Please consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for e-filing.

Defendant's motion to e-file is GRANTED.

Dated: January 28, 2009

MARILYN HALL PATEL
United States District Judge