**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com
margarita@KBInternetLaw.com

Attorneys for Plaintiffs UNITED STATES OF AMERICA CHESS FEDERATION, INC. and RANDALL D. HOUGH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA CHESS FEDERATION, INC.,** *et al*,<br><br>   Plaintiffs,<br>v.<br><br>**SUSAN POLGAR,** *et al.*,<br><br>   Defendants. | Case No. 3:08-CV-05126-MHP<br><br>**UNITED STATES OF AMERICA CHESS FEDERATION'S 5 DAY NOTICE OF INTENT TO TAKE DEFAULT ON DEFENDANT GREGORY ALEXANDER** |

1 TO GREGORY ALEXANDER:

2 NOTICE IS HEREBY GIVEN that a First Amended Complaint (the "FAC") in the above-titled action was filed on October 24, 2008, and was served on Defendant Gregory Alexander ("Alexander") on October 30, 2008. Alexander filed Defendant Gregory Alexander's Motion to Dismiss for Lack of Personal Jurisdiction and Request for Leave to File Motion (the "Motion") on December 15, 2008, which was denied by the Court in the Court's April 13, 2009 hearing.

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Alexander had ten (10) days after notice of the Court's denial of the Motion to file a responsive pleading. Despite the Court's denial of the Motion, during a meet-and-confer on April 21, 2009, Alexander stated that he will not answer the FAC. Alexander also stated that he refuses to answer discovery within two weeks of the April 13, 2009 hearing, as ordered by the Court. To date, Alexander has failed to file an answer to the FAC, or any other responsive pleading.

YOU ARE HEREBY notified that if a responsive pleading is not filed and served by you, or on your behalf, within five (5) calendar days from your receipt of this Notice, a Default will be requested against you.

DATED: April 23, 2009

KRONENBERGER BURGOYNE, LLP

By: s/ Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for UNITED STATES OF AMERICA CHESS FEDERATION, INC. and RANDALL D. HOUGH