**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com
margarita@KBInternetLaw.com

Attorneys for Plaintiffs UNITED STATES OF AMERICA CHESS FEDERATION, INC. and RANDALL D. HOUGH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA CHESS FEDERATION, INC.**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **POLGAR,** *et al.*, <br><br> Defendants. | Case No. 3:08-CV-05126-MHP <br><br> **PROOF OF SERVICE** |

CASE NO. 3:08-cv-05126-MHP     **PROOF OF SERVICE**

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On April 23, 2009, I electronically filed the foregoing documents with the Clerk of the Court system, using the CM/ECF system which will send notification of such filing to the following:

*Counsel For Defendant, Susan Polgar:*
G.Whitney Leigh
Gonzalez & Leigh, LLP
Two Shaw Alley, Third Floor
San Francisco , CA 94105

1) UNITED STATES OF AMERICA CHESS FEDERATION'S 5 DAY NOTICE OF INTENT TO TAKE DEFAULT ON DEFENDANT GREGORY ALEXANDER

I also served the documents listed above by email to the address listed below:

*Defendant, pro per:*

Gregory Alexander
gregory@tatiana.net

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: April 23, 2009

*Julie Lockwood*
Julie Lockwood