1 MATT GONZALEZ (SBN 153486)
  G. WHITNEY LEIGH (SBN 153457)
2 MATT SPRINGMAN (SBN 252508)
  GONZALEZ & LEIGH, LLP
3 Two Shaw Alley, Third Floor
  San Francisco, CA  94105
4 Telephone:  (415) 512-2000
  Facsimile:  (415) 512-2001
5
  Attorneys for Defendant
6 SUSAN POLGAR

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA CHESS FEDERATION, an Illinois non-for profit corporation, RANDALL D. HOUGH, an individual,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 3:08-cv-05126-MHP<br><br>**DECLARATION OF SUSAN POLGAR IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   July 13, 2009<br>Time:           2:00 p.m.<br>Courtroom:      Courtroom 15, 18th Floor<br>Judge:          Hon. Marilyn Hall Patel |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Susan Polgar, declare and state as follows:

2        1.      I am a defendant in the present case, a dues-paying member of the USCF in good

3    standing and a member of the USCF Executive Board. The matters set forth herein are within

4    my personal knowledge and if called and sworn as a witness, I could competently testify thereto.

5        2.      In December 2007, I learned that Kronenberger had been conspiring with various

6    USCF Executive Board members and others to interfere with my defense of the Sloan litigation.

7    Specifically, I discovered correspondence between Kronenberger and other members of the

8    Executive Board published on an internet website,

9    http://groups.google.com/group/rec.games.chess.politics/topics,  that revealed that Kronenberger was

10   encouraging the USCF's insurer to deny her coverage during the same time that he was asking

11   me provide him with information to assist him with the USCF's investigation into Mottorshead's

12   allegations. When I confronted the other Board Members with this disclosure through email they

13   other Board Members did not respond.

14       I declare under penalty of perjury, under the laws of the State of California, that the

15   foregoing is true and correct. Executed on June 8, 2009 at San Francisco, California

16

17                                              /s/ Susan Polgar
                                                Susan Polgar
18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SUSAN POLGAR IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
Case No. 3:08-cv-05126-MHP