UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA CHESS FEDERATION, INC., an Illinois not-for-profit corporation, RANDALL D. HOUGH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual DOES 1-10, inclusive<br><br>Defendants. | Case No. 3:08-cv-05126-MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF DEFENDANT SUSAN POLGAR'S AFFIRMATIVE DEFENSE OF *ULTRA VIRES* ACT AGAINST PLAINTIFF UNITED STATES OF AMERICA CHESS FEDERATION, INC.** |

1    The motion of Defendant Susan Polgar for summary judgment came on regularly for
2 hearing before this Court on July 13, 2009 and G. Whitney Leigh appeared as attorney for
3 Defendant and Karl S. Kronenberger appeared as attorney for Plaintiff.
4    After considering the moving papers and opposition papers, arguments of counsel and all
5 other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is
6 GRANTED.

DATED: _____          _____
                                        The Honorable Marilyn Hall Patel
                                        United States District Court Judge