1

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
2
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
3
San Francisco, CA 94108
Telephone:  (415) 955-1155
4
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
5
jeff@KBInternetLaw.com

6
Attorneys for Plaintiffs UNITED STATES OF
AMERICA CHESS FEDERATION, INC. and
7
RANDALL D. HOUGH

8

9

10
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
11

12
| **UNITED STATES OF AMERICA** | Case No. 3:08-CV-05126-MHP |
|---|---|
13
| **CHESS FEDERATION, INC.,** *et al,* | |

14
|         Plaintiffs, | **SUPPLEMENTAL DECLARATION** |
|      v. | **OF BILL HALL IN SUPPORT OF** |
15
| | **PLAINTIFFS' OPPOSITION TO** |
| **SUSAN POLGAR,** *et al.,* | **DEFENDANT SUSAN POLGAR'S** |
16
| | **MOTION FOR SUMMARY** |
|         Defendants. | **JUDGMENT** |
17

18
DATE:       July 13, 2009
TIME:        2:00 p.m.
19
CTRM:      15, 18th Floor
JUDGE:     The Hon. Marilyn H. Patel
20

21

22

23

24

25

26

27

28

Case No. 3:08-CV-05126-MHP                    **SUPPL. DECL. OF B. HALL ISO**
**PLAINTIFFS' OPP TO POLGAR'S MSJ**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

1    I, Bill Hall, declare as follows:

2        1.    I serve as the Executive Director of the United States of America Chess

3    Federation, Inc. ("USCF"), a party to this action.    Unless otherwise stated, I have

4    personal knowledge of the facts stated herein.

5        2.    At the time of the filing of the Doe lawsuit, the USCF did not know the

6    extent of Polgar's involvement in the theft of confidential emails.    The USCF has a

7    history of allowing its Executive Director to authorize, initiate, and defend litigation on

8    behalf of the USCF, and the USCF Executive Director has invoked this power—with no

9    objections to my knowledge—over the USCF's history.

10       I declare under penalty of perjury under the laws of the United States of America

11   that the foregoing is true and correct and that this Declaration was executed on June 22,

12   2009, in Tennessee.

13                                          
                                            s/ Bill Hall
14                                             Bill Hall

15

16                   **ATTESTATION OF CONCURRENCE IN FILING**

17       Pursuant to the General Order No. 45, section 45 X(B), for The United States
     District Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest
18   that the concurrence to the filing of this Supplemental Declaration of Bill Hall in Support
     of Plaintiffs' Opposition to Defendant Susan Polgar's Motion for Summary Judgment has
19   been obtained from Bill Hall who has provided the conformed signature above.

20

21

22

23

24

25

26

27

28
     Case No. 3:08-CV-05126-MHP                 1          **SUPPL. DECL. OF B. HALL ISO**
                                                           **PLAINTIFFS' OPP TO POLGAR'S MSJ**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com