1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  MATT SPRINGMAN (SBN 252508)
   GONZALEZ & LEIGH, LLP
3  Two Shaw Alley, Third Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-2000
   Facsimile: (415) 512-2001
5
   Attorneys for Defendant
6  SUSAN POLGAR

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA CHESS          | Case No. 3:08-cv-05126-MHP
   | FEDERATION, an Illinois non-for profit  |
13 | corporation, RANDALL D. HOUGH, an       | **DECLARATION OF MATT SPRINGMAN
   | individual,                             | IN SUPPORT OF MS. POLGAR'S REPLY
14 |                                         | TO PLAINTIFFS' OPPOSITION TO HER
   |              Plaintiffs,                | MOTION FOR SUMMARY JUDGMENT**
15 |                                         |
   |     vs.                                 | Hearing Date:  July 13, 2009
16 |                                         | Time:          2:00 p.m.
   | SUSAN POLGAR, an individual, GREGORY    | Courtroom:     Courtroom 15, 18th Floor
17 | ALEXANDER, an individual, and DOES 1-10,| Judge:         Judge Marilyn Hall Patel
   | inclusive,                              |
18 |                                         |
   |              Defendants.                |
19

20

21

22

23

24

25

26

27

28

I, MATT SPRINGMAN, declare and state as follows:

1. I am an attorney duly licensed to practice in the State of California and an associate in the law firm of Gonzalez & Leigh, LLP, counsel for Susan Polgar in this case. The matters set forth herein are within my personal knowledge and if called and sworn as a witness, I could competently testify thereto.

2. Attached as Exhibit A is a February 1, 2009 email from Susan Polgar to Jack Lemoine.

3. Attached as Exhibit B is a November 30 to December 1, 2007 email thread between Susan Polgar and the other members of the Executive Board.

4. Attached as Exhibit C is an undated email sent to several members of the Executive Board. Although the email is undated, within the email Kronenberger discusses his plan to send a letter to Paul Truong requesting information relating to Brian Mottershead's allegations. Because the letter that Kronenberger refers to was actually sent to Mr. Truong on November 29, 2007, it is apparent that the attached email predates the letter, i.e. before November 29, 2007. The letter was posted on the Google chess discussion board at http://groups.google.com/group/rec.games.chess.politics/browse thread/thread/401b45c548d5860f9b80Ink=gst&q=kronenberger#9b805b3a94a5b64a , but has since been removed. Ms. Polgar produced this letter to plaintiffs on May 8, 2009.

5. Attached as Exhibit D is a privilege logs produced by defendants in the related action in the Northern District of Texas, Case No. 5:08-cv-00169-C.

6. Attached as Exhibit E is a partial privilege log produced by defendants in the related action in the Northern District of Texas, Case No. 5:08-cv-00169-C.

7. Attached as Exhibit F is a July 28, 2009 email from an unknown person to Susan Polgar.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 30, 2009 at San Francisco, California

_/s/ Matt Springman_
MATT SPRINGMAN