GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
MATTHEW R. SCHULTZ (220641)
MATT SPRINGMAN (SBN 252508)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Defendant
SUSAN POLGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA CHESS FEDERATION, an Illinois non-for profit corporation, RANDALL D. HOUGH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:08-cv-05126-MHP<br><br>**DECLARATION OF SUSAN POLGAR IN SUPPORT OF HER MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON AN INVALID ASSERTION OF THE ATTORNEY-CLIENT PRIVILEGE**<br><br>Hearing Date: September 14, 2009<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

I, Susan Polgar, declare and state as follows:

1. The matters set forth herein are within my personal knowledge and if called and sworn as a witness, I could competently testify thereto.

2. I was elected to the Executive Board of the United States Chess Federation, by a vote of the federation's voting members, in 2007.

3. At the time of my election, my marriage to Paul Truong, whom I married in December 2006, was well known. Mr. Truong also was elected to the federation's Executive Board in 2007.

4. In late 2007, I spoke to Karl Kronenbeger, an attorney who had been retained to conduct an investigation for the federation concerning allegations of misconduct raised by Brian Mottorshead. During our conversation, Mr. Kronenberger told me that it was his goal to "close out the investigation", and that he wanted me to provide information to help him in this goal. During our conversation, I disclosed to Mr. Kronenberger information concerning my husband's travel activities during specified times. I also agreed to provide Mr. Kronenberger with information regarding this travel. During our conversation, I disclosed to Mr. Kronenberger information concerning my husband's travel activities during specified times to prove that he could not have been the FSS. I also agreed to provide Mr. Kronenberger with information regarding this travel.

5. Mr. Kronenberger assured me that the information I provided to him would be used solely for the USCF's internal investigation. At the time of our conversation, Mr. Kronenberger was friendly and solicitous, and in no way indicated to me that he was adverse to me. I believed that my conversation with Mr. Kronenberger was confidential and that any information any information I provided to him would be kept confidential.

6. In December 2007, I discovered what appeared to be correspondence between Mr. Kronenberger and other members of the Executive Board published on the internet that revealed that Kronenberger was encouraging the USCF's insurer to deny me coverage during the same time that he was asking me provide him with information to assist him with the USCF's

1

**SUSAN POLGAR DECLARATION ISO HER MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON AN INVALID ASSERTION OF THE ATTORNEY-CLIENT PRIVILEGE**
Case No. 3:08-cv-05126-MHP

investigation into Mottorshead's allegations. A true and correct copy of the document containing this communication is attached to the Declaration of Whitney Leigh as Exhibit D.

    7.    When I discovered this email, both I and my husband, Paul Truong, confronted the other Board Members with this disclosure through email in December of 2007. A true and correct copy of emails I and Mr. Truong sent to other board members and Mr. Kronenberger concerning these communications is attached to the Declaration of Whitney Leigh as Exhibits R and BB.

    8.    After the emails in Exhibits R and BB, the other Board Members did not respond. Neither they nor their counsel contacted me or requested that I return these emails.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on August 17, 2009 at San Francisco, California

                                      */s/ Susan Polgar*
                                      SUSAN POLGAR

**SUSAN POLGAR DECLARATION ISO HER MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON AN INVALID ASSERTION OF THE ATTORNEY-CLIENT PRIVILEGE**
Case No. 3:08-cv-05126-MHP