

1  **DENNIS F. MORIARTY, ESQ, (BAR NO. 118110)**
   **KRISTINA L. VELARDE, ESQ. (BAR NO. 199299)**
2  **CESARI, WERNER AND MORIARTY**
   360 Post Street, Fifth Floor
3  San Francisco, CA 94108-4908
   Telephone: (415) 391-1113
4  Facsimile:  (415) 391-4626
   **5255-3-2-15**
5  Attorneys for Defendants and Counter-Defendants
   Randall Hough, Bill Goichberg, Bill Hall, Randy Bauer,
6  Jim Berry, and Karl Kronenberger

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA CHESS FEDERATION, INC., an Illinois not-for-profit corporation, RANDAL D. HOUGH, an individual | No. 3:08-cv-05126-MHP |
|---|---|
| Plaintiffs, | **DECLARATION OF BILL HALL IN SUPPORT OF THIRD-PARTY DEFENDANTS HOUGH, BAUER, HALL, GOICHBERG, & BERRY 'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTINO** |
| v. | |
| SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual, and DOES 1-20, inclusive, | |
| Defendants. | Date: September 28, 2009<br>Time: 10:00 a.m.<br>Ctrm: 15, on the 18th Floor<br>Judge: The Hon. Marilyn Patel |
| SUSAN POLGAR | |
| Counter-Plaintiff, | |
| v. | |
| BILL GOICHBERG, BILL HALL, RANDY BAUER, JIM BERY, KARL KRONENBERGER, | |
| third party defendants, | |
| RANDALL HOUGH, | |
| Counter-Defendant. | |

-1-

No. 3:08-cv-05126 USCF v. Polgar
**Declaration of Bill Hall in Support of Counter-Defendants' 12(b)(2) Motion for Dismissal for Lack of Personal Jurisdiction**

I, Bill Hall, declare:

The following is of my own personal knowledge, unless stated under information and belief, and if called as a witness I would testify as follows:

1. I am the Executive Director of the United States Chess Federation ("USCF"), and work as a paid employee. The USCF incorporated within Illinois and headquartered in the State of Tennessee.

2. I have resided, as my primary domicile, in Tennessee for the past nine consecutive years. I have never resided in California.

3. I have travelled to California two or three times since 1995 for personal vacation or other personal activities. I do not have any personal or business dealings in California.

4. The USCF does not perform any business in California, with the exception of dealing with other chess clubs that happen to be located in California and/or chess tournaments that are held in California. None of these factors occur more in California than the other states.

5. I have traveled to California about four times in relation to USCF business. Such business activities do not occur in California more than any other state nationwide. I was not involved in any matters relating to the allegations by Polgar at issue which would have put me on notice that I may be subject to suit in California

I declare under the laws of the Untied States of America that the foregoing is true and correct. Executed at Cumberland County, Tennessee, on August 24, 2009.

Bill Hall

-2-

No. 3:08-cv-05126 USCF v. Polgar
Declaration of Bill Hall in Support of Counter-Defendants' 12(b)(2) Motion for Dismissal for Lack of Personal Jurisdiction

PROOF OF SERVICE

5255-3-2-15

United States District Court – Northern District of California – Case No.: 3:08-cv-05126-MHP

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is CESARI, WERNER AND MORIARTY, 360 Post Street, Fifth Floor, San Francisco, California, 94108. On August 24, 2009, I served the within document:

**DECLARATION OF BILL HALL IN SUPPORT OF THIRD-PARTY DEFENDANTS HOUGH, BAUER, HALL, GOICHBERG, & BERRY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage prepaid, in the United States mail San Francisco, California addressed as follows.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by personally hand delivering the document(s) listed above to the person(s) set forth below.

Matt Gonzalez, Esq.
G. Whitney Leigh, Esq.
Matt Springman, Esq.
Gonzalez & Leigh
Two Shaw Alley, Third Floor
San Francisco, CA 94105

Attorneys for Cross-Claimant: Polgar

(415) 512-2000 (Telephone)
(415) 512-2001 (Facsimile)

Karl S. Kronenberger, Esq.
Kronenberger Burgoyne
150 Post Street, Suite 520
San Francisco, CA 94108-4707

(415) 955-1155 (Telephone)
(415) 955-1158 (Facsimile)

I am familiar with the firm's practice of processing mail. Under that practice it would be deposited with the U.S. Postal Service on that day with postage thereon prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date/postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the above is true and correct.

Executed on August 24, 2009, at San Francisco, California.

PROOF OF SERVICE

_____
*ANNAMARIE DAVIS*