**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiffs UNITED STATES OF AMERICA
CHESS FEDERATION, INC. and RANDALL D. HOUGH

**CESARI, WERNER AND MORIARTY**
Dennis F. Moriarty (CA Bar No. 118110)
Kristina L. Velarde (CA Bar No. 199299)
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile:   (415) 391-4626

Attorneys for Counter-Defendants RANDALL HOUGH,
BILL GOICHBERG, BILL HALL, RANDY BAUER AND JIM BERRY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA CHESS FEDERATION, INC.,** *et al*,<br><br>    Plaintiffs,<br><br>  v.<br><br>**SUSAN POLGAR,** *et al*.,<br><br>    Defendants.<br>_____<br>**SUSAN POLGAR**,<br><br>    Counter-Plaintiff,<br><br>  v.<br><br>**BILL GOICHBERG, et al.,**<br><br>    Counter-Defendants. | Case No. 3:08-CV-05126-MHP<br><br>**[PROPOSED] ORDER GRANTING COUNTER-DEFENDANTS' ANTI-SLAPP MOTION**<br><br>Date:   September 28, 2009<br>Time:   10:00 am<br>Ctrm:   15, 18th Floor<br><br>The Honorable Marilyn Hall Patel |

Case No. 3:08-CV-05126-MHP                          **[PROP.] ORDER GRANTING COUNTER-DEFENDANTS' ANTI-SLAPP MOTION**

# [PROPOSED] ORDER

Third Party Defendants Bill Goichberg, Bill Hall, Randy Bauer and Jim Berry and Counter-Defendant Randall Hough (collectively, "Counter-Defendants") presented the Court with their Motion to Strike under Cal. Code. Civ. Proc. §425.16 ("Anti-SLAPP Motion") on September 28, 2009.  Having heard Counter-Defendants' Anti-SLAPP Motion and good cause having been shown,

**IT IS HEREBY ORDERED THAT** the Counter-Defendants' Anti-SLAPP Motion is granted, and Counter-Plaintiff Polgar's counterclaims for abuse of process and breach of fiduciary duty are dismissed with prejudice.  Further, Counter-Defendants shall file a separately noticed motion regarding fees and costs incurred in prosecuting the Anti-SLAPP Motion.

**IT IS SO ORDERED.**

DATED: _____

                                       MARILYN H. PATEL
                                       UNITED STATES DISTRICT JUDGE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com