1  **KRONENBERGER BURGOYNE, LLP**
   Karl S. Kronenberger (CA Bar No. 226112)
2  Jeffrey M. Rosenfeld (CA Bar No. 222187)
   150 Post Street, Suite 520
3  San Francisco, CA 94108
   Telephone:  (415) 955-1155
4  Facsimile:   (415) 955-1158
   karl@KBInternetLaw.com
5  jeff@KBInternetLaw.com

6  Attorneys for Plaintiffs UNITED STATES OF AMERICA
   CHESS FEDERATION, INC. and RANDALL D. HOUGH
7

8  **CESARI, WERNER AND MORIARTY**
   Dennis F. Moriarty (CA Bar No. 118110)
   Kristina L. Velarde (CA Bar No. 199299)
9  360 Post Street, Fifth Floor
   San Francisco, CA 94108-4908
10 Telephone: (415) 391-1113
   Facsimile:   (415) 391-4626
11
   Attorneys for Counter-Defendants RANDALL HOUGH,
12 BILL GOICHBERG, BILL HALL, RANDY BAUER AND JIM BERRY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA CHESS FEDERATION, INC.,** *et al*, | Case No. 3:08-CV-05126-MHP |
| Plaintiffs, | **DECLARATION OF BILL HALL IN SUPPORT OF ANTI-SLAPP MOTION** |
| v. | |
| **SUSAN POLGAR,** *et al.*, | |
| Defendants. | |

Case No. 3:08-CV-05126-MHP                    **DECL. OF B. HALL ISO ANTI-SLAPP MOTION**

I, Bill Hall, declare as follows:

1. I serve as the Executive Director of the United States of America Chess Federation, Inc. ("USCF"), a party to this action. I also serve as the corporate secretary for the USCF. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. Randall Hough did not run for reelection to the Executive Board, and accordingly his term ended on August 9, 2009. The Board of Delegates ratified all conduct by the Executive Board during Randall Hough's tenure.

3. The allegation in Polgar's counterclaims that, "[Counter-Defendants] filed the suit against doe defendants only despite their intent, all along, to amend the lawsuit to name Ms. Polgar as a defendant," is false. Neither I, nor the USCF, nor any of the counter-defendants or third party defendants, had any intent to name Polgar at the time this lawsuit was filed. After the USCF conducted discovery, which was obviously after the filing of the lawsuit, the USCF discovered that Gregory Alexander was responsible for gaining unauthorized access to Randall Hough's email account. This was new information that was gained after the filing of the doe lawsuit.

4. Neither the USCF, nor any of the counter-defendants or third party defendants in this action, ever actually obtained information from American Express pursuant to subpoenas issued in this case. There was a subpoena issued to American Express in the Texas litigation by the USCF, to which American Express has responded.

5. The salaries of employees of Texas Tech University are published by the university for public review. Thus, Texas Tech University has published the following: TRUONG, HOAINHAN MINH $75,000.00 UNIT ASSOCIATE DIRECTOR, as published by, among other publishers, a media outlet in Lubbock, Texas (http://newsradio1420.com/public/ttuSalaryList2008.html; see also, http://cid-86b79dba52fa4b4e.skydrive.live.com/self.aspx/Public%20Record/Texas%20Tech%20campus%20employees%20payscales.XLS). Moreover, according to Texas Tech

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

University's Office of Communications, Truong's start date as June 1, 2007. See, http://www.lubbockonline.com/stories/031109/loc_407742251.shtml.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August 24, 2009, in Crossville, Tennessee.

                                          s/Bill Hall
                                          Bill Hall
                                          Secretary of USCF

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this DECLARATION OF BILL HALL IN SUPPORT OF ANTI-SLAPP MOTION has been obtained from Bill Hall who has provided the conformed signature above.

Case No. 3:08-CV-05126-MHP        2        **DECL. OF B. HALL ISO ANTI-SLAPP MOTION**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com