**DENNIS F. MORIARTY, ESQ, (BAR NO. 118110)**
**KRISTINA L. VELARDE, ESQ. (BAR NO. 199299)**
**CESARI, WERNER AND MORIARTY**
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile: (415) 391-4626
**5255-3-2-15**
Attorneys for Defendants and Counter-Defendants
Randall Hough, Bill Goichberg, Bill Hall, Randy Bauer,
Jim Berry, and Karl Kronenberger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA CHESS FEDERATION, INC., an Illinois not-for-profit corporation, RANDAL D. HOUGH, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | No. 3:08-cv-05126-MHP<br><br>**DECLARATION OF RANDY BAUER IN SUPPORT OF COUNTER-DEFENDANTS BAUER, HALL, GOICHBERG, AND BERRY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: September 28, 2009<br>Time: 10:00 a.m.<br>Ctrm: 15, on the 18th Floor<br>Judge: The Hon. Marilyn Patel |
| SUSAN POLGAR<br><br>Counter-Plaintiff,<br><br>v.<br><br>BILL GOICHBERG, BILL HALL, RANDY BAUER, JIM BERY, KARL KRONENBERGER,<br><br>third party defendants,<br><br>RANDALL HOUGH,<br><br>Counter-Defendant. | |

-1-

No. 3:08-cv-05126 USCF v. Polgar
**Declaration of Randy Bauer in Support of Counter-Defendants' 12(b)(2) Motion for Dismissal for Lack of Personal Jurisdiction**

I, Randy Bauer, declare:

The following is of my own personal knowledge, unless stated under information and belief, and if called as a witness I would testify as follows:

1. At the time the lawsuit and counter-claims were filed I was on the Board of Directors and the Vice President of Finance for the non-profit United States Chess Federation ("USCF"). This is a volunteer position for which I spent about 7 hours per week. Professionally, I am a Director of State Strategic Consulting for Public Financial Management, Inc., a national financial and advisory firm to governments and non-profit organizations.

2. I have resided, as my primary domicile, in Iowa for the past twenty-two consecutive years. I have never resided in California.

3. I have travelled to California about seven times since 1983 for personal vacation or business <u>unrelated</u> to USCF. I traveled to California once in 2003 or 2004 for a USCF Board of Director's meeting. These meetings are held throughout the nation, with no more frequency in California.

4. To my knowledge, the USCF does not perform any business in California, with the exception of dealing with other chess clubs that happen to be located in California and/or chess tournaments that are held in California. None of these factors occur more in California than the other states.

I declare under the laws of the Untied States of America that the foregoing is true and correct. Executed at ____Polk____ County, Iowa, on August 21, 2009.

Randy Bauer

-2-

No. 3:08-cv-05126 USCF v. Polgar
Declaration of Randy Bauer in Support of Counter-Defendants' 12(b)(2) Motion for Dismissal for Lack of Personal Jurisdiction