**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiffs UNITED STATES OF AMERICA
CHESS FEDERATION, INC. and RANDALL D. HOUGH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA CHESS FEDERATION, INC.,** *et al*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**SUSAN POLGAR,** *et al.*,<br><br>    Defendants. | Case No. 3:08-CV-05126-MHP<br><br>**DECLARATION OF BILL HALL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT POLGAR'S MOTION TO COMPEL**<br><br>DATE:    September 14, 2009<br>TIME:    2:00 p.m.<br>CTRM:   15, 18th Floor<br>JUDGE:  The Hon. Marilyn H. Patel |
| **SUSAN POLGAR,**<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>**BILL GOICHBERG, BILL HALL, RANDY BAUER, JIM BERRY, KARL KRONENBERGER,**<br><br>    Third Party Defendants,<br><br>    v.<br><br>**RANDALL HOUGH,**<br><br>    Counter-Defendant. | |

Case No. 3:08-CV-05126-MHP                              DECL. OF B. HALL ISO PLAINTIFFS'
                                                                                         OPPOSITION TO MOTION TO COMPEL

I, Bill Hall, declare as follows:

1. I serve as the Executive Director of the United States of America Chess Federation, Inc. ("USCF"), a party to this action. I also serve as the corporate secretary for the USCF. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. At the time USCF counsel received printouts from a blog entitled, http://uscf-said.blogspot.com ("Blog"), all content had been deleted from the Blog, and, to date, the USCF is aware of no persons other than Polgar and her counsel who have seen the contents of the Blog live on the Internet.

3. The USCF has presented evidence, which Polgar has not disputed, that Polgar had in her possession some of the stolen emails in January and June 2008, months before the Blog was even created.

4. Polgar emailed the USCF Executive Board in June 2008, before the creation of the Blog, quoting from stolen emails.

5. Upon Polgar first disclosing snippets of USCF confidential emails in December 2007 and January 2008, the USCF asked Polgar where she obtained the emails. Polgar would not respond with specificity, instead stating that she had obtained them from a newsgroup on the Internet. The USCF conducted a search of these newsgroups for these emails, but could not locate any evidence of the stolen emails within Internet newsgroups at that time.

6. When the Mottershead Report was disclosed in the fall of 2007, Polgar immediately started making threats to sue the USCF and other USCF-related parties. She repeated these threats many times verbally and in email exchanges. The USCF hired counsel to, among other things, assess the threats by Polgar and perform a risk analysis for the USCF regarding Polgar's threats.

7. Third parties sued by Polgar in the Texas litigation have all needed to coordinate with USCF counsel. Specifically, because Polgar did not specify in her Texas complaint how the supposedly wrongful acts were attributed to the defendants,

1  the defendants have coordinated on their defense.  Further, Polgar has sent nearly
2  identical discovery requests to all the parties in Texas, and the Texas defendants have
3  coordinated in responding to discovery.
4      I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct and that this Declaration was executed on August
6  31, 2009, in Crossville, Tennessee.

                                    s/Bill Hall
                                    Bill Hall
                                    Secretary of the USCF

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this DECLARATION OF BILL HALL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT POLGAR'S MOTION TO COMPEL has been obtained from Bill Hall who has provided the conformed signature above.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com