**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiffs UNITED STATES OF AMERICA
CHESS FEDERATION, INC. and RANDALL D. HOUGH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA CHESS FEDERATION, INC.,** *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> **SUSAN POLGAR,** *et al.*, <br><br> Defendants. | Case No. 3:08-CV-05126-MHP <br><br> **DECLARATION OF SUMEENA BIRDI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT POLGAR'S MOTION TO COMPEL** <br><br> DATE:  September 14, 2009 <br> TIME:   2:00 p.m. <br> CTRM:  15, 18th Floor <br> JUDGE: The Hon. Marilyn H. Patel |
| **SUSAN POLGAR,** <br><br> Counter-Plaintiff, <br><br> v. <br><br> **BILL GOICHBERG, BILL HALL, RANDY BAUER, JIM BERRY, KARL KRONENBERGER,** <br><br> Third Party Defendants, <br><br> v. <br><br> **RANDALL HOUGH,** <br><br> Counter-Defendant. | |

Case No. 3:08-CV-05126-MHP

**DECL. OF S. BIRDI ISO PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL**

I, Sumeena Birdi, declare as follows:

1. I am a paralegal at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Plaintiffs United States of America Chess Federation, Inc. ("USCF") and Randall D. Hough ("Plaintiffs").  Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. The subpoena served on Google by the USCF asked Google to provide information on the identity of the owner of the Blog entitled, http://uscf-said.blogspot.com ("Blog") and when it was created.  Google responded with documents confirming that the Blog was created on July 31, 2008.  A true and correct copy of Google's response is attached hereto as Exhibit A.

3. Documents provided by Google show that the email address uscf_said@yahoo.com was used to create the Blog.  The USCF served a subpoena on Yahoo, Inc. to obtain the identity of the account holder associated with uscf_said@yahoo.com . Yahoo responded with documents reflecting that the first login to the uscf_said@yahoo.com account was using the IP address 128.95.225.11.  A true and correct copy of Yahoo, Inc.'s response is attached hereto as Exhibit B.  The University of Washington has confirmed that they own this IP address as reflected in the letter attached hereto as Exhibit C.  The USCF has produced logs from the USCF forums reflecting Alexander using the same University of Washington IP Address to login as himself to the USCF forums. (Bates Nos. USCF000615-USCF000650).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August 31, 2009, in San Francisco, California.

                                                s/Sumeena Birdi
                                                Sumeena Birdi

//

//

//

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this DECLARATION OF SUMEENA BIRDI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT POLGAR'S MOTION TO COMPEL has been obtained from Sumeena Birdi who has provided the conformed signature above.