# Exhibit A

Google Inc.  
1600 Amphitheatre Parkway  
Mountain View, California 94043



Tel: 650.253.3425  
Fax: 650.249.3429  
www.google.com

---

**FACSIMILE TRANSMITTAL SHEET**

---

| **TO:** | **FROM:** |
|---|---|
| Karl Kronenberger | Suzanne Abbott |
| **COMPANY:** | **DATE:** |
| Kronenberger Burgoyne, LLP | October 15, 2008 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** 4 |
| (415)955-1158 | |
| **PHONE NUMBER:** | **SENDER'S FAX NUMBER** |
| (415)955-1155 | 650-249-3429 |
| **RE:** | **SENDER'S TELEPHONE NUMBER:** |
| Subpoena dated 08-29-2008 | 650-253-5210 |

☐ URGENT    ☒ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Subpoena dated 08-29-2008 (Internal Ref. No. - 37466



Google Inc.  
1600 Amphitheatre Parkway  
Mountain View, California 94043

Tel: 650.253.3425  
Fax: 650.249.3429  
www.google.com

October 15, 2008

*Via Facsimile and Express Courier*  
**(415)955-1158**

Attorney Karl Kronenberger  
Kronenberger Burgoyne, LLP  
150 Post St., Suite 520  
San Francisco, CA 94108

      **Re: Subpoena dated 08-29-2008,** *United States of America Chess Federation, Inc.*  
      *v. Does 1-10* **(Internal Ref. No. 63115-37466)**

Dear Karl Kronenberger:

    Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

    We understand that you have requested customer information regarding the user account specified in the Subpoena, which includes the following information: (1) Subscriber and recent IP address information for the Blogger account USCF-SAID.BLOGSPOT.COM.

    To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

    Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (63115-37466) on your check. The federal tax ID number for Google is 77-0493581.

                                                                Very truly yours,

                                                               Suzanne Abbott  
                                                               Legal Investigations Support

**Blog Owner**
User Key: 8169301242l1
Username: uscf_said@yahoo.com
First name:
Last name:
Email: uscf_said@yahoo.com
AdSense PubID:
Date created: 2008-07-31T02:00:33.739Z

User's Blogs

| Blog ID | Name | URL | Membership |
|---|---|---|---|
| 8321119048708505192 | to fall on the ground from the sky | http://uscf-said.blogspot.com/ | ADMIN |

User's Trashed Blogs
Blog ID Name URL Membership

User's Mobile Aliases
Alias Associated Blog

**Blog Information**

Google Confidential and Proprietary
http://uscf-said.blogspot.com

req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.67.148.229, host=www.blogger.com, date=Wed Aug  6 21:43:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=198.172.201.50, host=www.blogger.com, date=Thu Jul 31 01:02:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=198.172.201.50, host=www.blogger.com, date=Thu Jul 31 01:02:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 19:02:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:18:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:22:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:23:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:24:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:32:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:33:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:35:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:39:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:40:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:42:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:44:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:48:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:50:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:52:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:56:00 PDT 2008
req=GET /post-create.g?blogID=8321119048708505192 HTTP/1.1, client=207.195.241.249, host=www.blogger.com, date=Wed Jul 30 21:57:00 PDT 2008

# Exhibit B



# fax message

| | | | |
|---|---|---|---|
| **date:** | November 10, 2008 | | |
| **to:** | Karl S. Kronenberger<br>Kronenberger Burgoyne, LLP | **fax#:** | 415-955-1158 |
| **Re:** | States of America Chess Federation, Inc.<br>v. Does 1-10.<br><u>Case No. CGC-08-476777</u><br><br>(Internal Reference Number: 113156) | | |
| **from:** | Shannon J. Kontinos<br>Deputy Compliance Manager<br>408-349-3656 (direct)<br>408-349-7941 (fax) | **pages:** | 6 (including coversheet) |

**COMMENTS:** *Hard copies are set to follow via US mail. Should you have any specific questions, please feel free to contact me. Thank you.*

**\*\* If you have any general questions, please call the compliance department at the number below and leave a detailed message. If you are referencing a Yahoo! ID, please spell it clearly for us and if you are calling about a specific case, please use our internal reference number. Thank you!**

**Compliance Department Phone: 408-349-3687**

**701 First Avenue
Sunnyvale, CA 94089
www.yahoo.com**



November 10, 2008

**Via Facsimile and U.S. Mail**
415-955-1158

Karl S. Kronenberger
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94102

Re:    **United States of America Chess Federation, Inc. v. Does 1-10.**
       <u>Superior Court of California, County of San Francisco, Case No. CGC-08-476777</u>
       **(Internal Reference Number: 113156)**

Dear Mr. Kronenberger:

Pursuant to the Subpoena issued in the above-referenced matter on October 16, 2008, Yahoo! Inc. ("Yahoo!") conducted a diligent search for documents and information accessible on Yahoo!'s systems that are related to the user named in the Subpoena. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act, and does not include any contents of communication or otherwise protected information. See 18 U.S.C. § 2701 et seq.

By this letter, Yahoo! does not waive objections to any further proceedings in this matter.

Enclosed is the following information regarding the user account(s) specified in the Subpoena: 1) the User Profile, as produced by the Yahoo! Account Management Tool; and 2) the dates, times and Internet Protocol ("IP") addresses for log-in attempts for the Yahoo! account specified in the Subpoena to the extent available from our system. A declaration authenticating these records also is enclosed.

To the extent any document provided herein contains information exceeding the scope of your request, is protected from disclosure or is otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Because Yahoo! offers many of its user services for free, it may not require or verify user information.

Yahoo! requests reimbursement in the amount of $75.00 for the reasonable costs incurred in processing your request, including searching for records, reproduction and delivery costs. Thank you for your check of $15.00. Please direct payment for the remaining balance in the amount of $60.00 to Yahoo! Custodian of Records, 701 First Avenue, Sunnyvale, CA 94089. Please write the Internal Reference number (listed above) on your check. The federal tax ID number for Yahoo! is 77-0398689.

Please do not hesitate to contact me, should you have any questions.

Respectfully yours,

Shannon J. Kontinos
Deputy Compliance Manager

Enclosures



701 First Avenue • Sunnyvale, CA 94089 • phone 408 349-3300 • fax 408 349-3301        yahoo.com

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| United States of America Chess Federation, Inc., <br> Plaintiff, <br> v. <br> Does 1-10, <br> Defendants. | Case No. CGC-08-476777 <br><br> **DECLARATION OF <br> SHANNON J. KONTINOS** |

I, Shannon J. Kontinos, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo!. I make this declaration pursuant to the California Code of Evidence Section 1561 and in response to a Subpoena dated October 16, 2008. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are true and correct copies of the following documents: 1) the User Profile, as produced by the Yahoo! Account Management Tool; and 2) the dates, times and Internet Protocol ("IP") addresses for log-in attempts by the specified account to the extent available from our system. Yahoo!'s servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity

1

1  and was made by regularly conducted activity as a regular practice. Yahoo!
2  provides most of its services to its subscribers free of charge. As such, Yahoo!
3  does not collect billing information or verified personal information from the
4  majority of its users.
5
6  3.  Pursuant to the federal Electronic Communications Privacy Act, 18 U.S.C. §§
7  2701, et seq., we have redacted information, including removing certain data
8  fields, that exceeds the scope of this request, is protected from disclosure or is
9  otherwise not subject to production.
10
11  I declare under penalty of perjury under the laws of the State of California that the
12  foregoing is true and correct.
13
14  DATED: November 10, 2008
15                                                    _____
                                                      Shannon J. Kontinos
16
17
18
19
20
21
22
23
24
25
26
27                                         2
28

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **uscf_said** |
| GUID: | **ZB5D4UNCOYC3J6RKXH5SFJO3T4** |
| Yahoo Mail Name: | **uscf_said@yahoo.com** |
| (Alternate) Email Address: | |
| Registration IP address: | **128.241.107.234** |
| Account Created (reg): | **Wed Jul 30 04:10:13 2008 GMT** |
| Other Identities: | **uscf_said (Yahoo! Mail)** |
| Full Name | **Mr Uscf Said** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **Belarus** |
| Zip/Postal Code: | **000000** |
| Phone: | |
| Time Zone: | |
| Birthday: | **April 28, 1982** |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **by** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Wed Jul 30 04:10:13 2008 GMT   128.241.107.234** |
| Account Status: | **Active** |

Search for          uscf_said
Date Range   2007-11-21 / 2008-10-20
Total Results                    5

| Yahoo ID | IP Address | Login Time |
|---|---|---|
| uscf_said | 128.95.225.11 | Sun 13:32:48 (GMT) 31-Aug-2008 |
| uscf_said | 128.241.108.179 | Fri 23:53:19 (GMT) 08-Aug-2008 |
| uscf_said | 128.241.108.179 | Fri 22:26:08 (GMT) 08-Aug-2008 |
| uscf_said | 128.241.108.179 | Fri 21:52:39 (GMT) 08-Aug-2008 |
| uscf_said | 207.195.241.249 | Thu 01:54:04 (GMT) 31-Jul-2008 |

# Exhibit C



ROB MCKENNA
# ATTORNEY GENERAL OF WASHINGTON
University of Washington Division • 101 Gerberding Hall • Box 351260
Seattle WA 98195-1260 • Phone (206) 543-4150 • Fax (206) 543-0779

Friday, May 22, 2009

Karl S. Kronenberger
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Email: karl@KBInternetLaw.com

**RE:**   *U.S. Chess Fed. v. Polgar*
(N.D. Cal. Case No. 3:08-cv-05126 MHP)

Dear Karl:

Without prejudice to the University of Washington's objections to the non-party subpoena duces tecum in the above case, as detailed in my last letter, enclosed herewith is the only responsive document the University has in its possession, custody, or control.

Please note that in associating an individual's name with a specific IP address in use at a specific date and time, the University generally looks to the MAC address and authentication used in connection with that session. Here, the session did not involve any authentication. Accordingly, the University can associate only the MAC address with the IP address, and therefore, looking at this particular date and time, as directed by the subpoena, the University does not have sufficient information to associate an individual's name with the session.

Very truly yours,

Rolf B. Johnson
Assistant Attorney General

31 August 2008

13:32:48 GMT / 06:32:48 PDT

IP address:  128.95.225.11

MAC address:  001279ACAC73