# Exhibit A



150 Post Street
Suite 520
San Francisco, CA 94108

Phone  415.955.1155
Fax    415.955.1158
www.kronenbergerlaw.com

August 25, 2008


James L. Killion
Killion Law Firm
P.O. Box 64670
2521 74th Street
Lubbock, TX 79464

**VIA EMAIL (jim@killionlaw.com), FACSIMILE: 806-748-5505 AND FIRST-CLASS MAIL**

**RE:**   ***UNITED STATES OF AMERICA CHESS FEDERATION V. DOES 1-10*; San Francisco Superior Court, Case No. CGC-08-476777; Demand to Cease Use of Attorney-Client Privileged Materials**

Dear Mr. Killion:

My firm is counsel for the United States Chess Federation ("USCF") in the above-referenced action.  It has come to our attention that Plaintiff's Original Petition (the "Original Petition") that you drafted in the action styled as *Polgar v. United States of America Chess Federation, Inc.*, *et. al.*, No. 2008-544-292, integrates information from e-mail correspondence between my firm and our client, USCF, which were obtained unlawfully, and without permission, by a third party ("Protected Emails").  As communications between an attorney and client, the Protected Emails are confidential and protected by the attorney-client privilege.  Furthermore, the Protected Emails and the information contained therein were stolen and/or otherwise misappropriated in violation of various state and federal laws.  As a result, my firm filed the above referenced case of *USCF v. Does 1-10,* currently pending in the State of California regarding the unauthorized access of these Protected Emails.

Notably, the Protected Emails all included notices that the Protected Emails were protected by the attorney-client privilege.  Specifically, the Protected Emails included the following language:

> *NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.*

Accordingly, as a fellow attorney, I hope that you will acknowledge and agree that the Protected Emails were privileged.  You should also note that your client has publicly stated that she has provided copies of all the Protected Emails in her possession to her "attorneys."

Your are hereby on further notice that any Protected Emails that you possess between Kronenberger Burgoyne and USCF are protected by the attorney-client

privilege, and that USCF has not waived any privileges that protect such Protected Emails.

You are also hereby on notice that your inclusion of content from the Protected Emails in the Original Petition may have been in violation of state and federal laws, and, of course, the attorney-client privilege.

**We hereby demand that you and your client immediately cease-and-desist any continued unauthorized use of the Protected Emails or any other material covered by the attorney-client privilege between my law firm and USCF. Specifically, we hereby demand that you and your client:**

1. Identify all materials, including the Protected Emails, in your or your client's possession that are covered by the attorney-client privilege between my firm and USCF;

2. Place the materials, including the Protected Emails, in a sealed envelope and hold such sealed envelope in trust until you receive further instructions from the court;

3. After the materials are in a sealed envelope, delete or otherwise destroy all copies of the materials, including the Protected Emails, in your possession, and instruct your client to do the same;

4. Immediately inform my office a) who has viewed the attorney-client privileged materials, including the Protected Emails, and b) who provided such attorney client-privileged materials, including the Protected Emails, to you and/or to your client; and

5. Amend the Original Petition to strike any and all references to any all privileged information.

This is a very serious matter, and accordingly we expect prompt compliance with our demands.  Please notify me immediately of your receipt of this letter—by return email (karl@kronenbergerlaw.com), fax, or otherwise in writing—to confirm that you intend to comply with the above-stated demands.  You may also reach me at 415-955-1155, ext. 114.

This letter does not constitute a complete or exhaustive statement of all of my client's rights, privileges, claims, contentions, or legal theories regarding this matter. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of my client's rights, privileges or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

KRONENBERGER BURGOYNE, LLP

Karl S. Kronenberger

*cc:  Pat Huttenbach*

2

# Exhibit B

# (Conditionally Filed Under Seal)

# *KILLION LAW FIRM*

JAMES L. KILLION *

SAMANTHA PEABODY ESTRELLO**

2521 74TH STREET

LUBBOCK, TEXAS 79423

TELEPHONE: (806) 748-5500
TELECOPIER: (806) 748-5505

\* BOARD CERTIFIED
  PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
\*\* ALSO LICENSED IN NEW MEXICO

P.O. BOX 64670
LUBBOCK, TEXAS 79464-4670

August 28, 2008

*Via Fax (713)223-9319 and First Class Mail*
Mr. William P. Huttenbach
Hirsch & Westheimer P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002

Re:    Cause No. 5:08-cv-00169-C; in the United States District Court for the Northern District of
       Texas, Lubbock Division; Susan Polgar v. United States of America Chess Federation, Inc., et al

Dear Mr. Huttenbach:

      This letter is in confirmation of our phone conversation of Wednesday, August 27, 2008,
wherein I advised you that I had received a letter and e-mail from your client, Karl S. Kronenberger.
Under law, I am required to communicate only through you, his attorney of record, and I trust you
will advise Mr. Kronenberger that under law I cannot communicate directly with him.

      For your reference, I enclosed herewith a copy of Mr. Kronenberger's correspondence. In
response thereto, Susan Polgar provides the following:

      (1)     Susan Polgar does not now nor has she ever possessed any protected e-mails
            as referenced in the Kronenberger letter;

      (2)     Susan Polgar refuses to speculate as to what documents, if any, Mr.
            Kronenberger claims were subject to an attorney-client privilege. If Mr.
            Kronenberger believes that there are privileged documents that require
            protection from disclosure and that the privileges have not been waived by
            his clients, please have him identify with specifity all of those documents,
            and I am sure we can agree to the entry of an appropriate order of the court
            protecting the same;

August 28, 2008
Page -2-

    (3)    Information was caused to be anonymously posted on blogs and other
websites on the internet known as "public commons," presumably by one of
Mr. Kronenberger's clients. At this time, the origin and authenticity of the
information is unknown. However, if that information purports to be all or
part of a confidential communication between Kronenberger and his clients,
then the client or clients have obviously waived any confidentiality by
publishing the same. I have attached a true and correct copy of a print-out
from the "public commons" entry which apparently was published for all the
world to view, and we believe certainly most of the USCF membership has
discovered and read the same. Incidently, this information is protected as
"public commons" free speech or information, and it is <u>not</u> in any way a
protected e-mail as that term is known under law. Mr. Kronenberger and his
clients are the only persons having knowledge of the accuracy and
authenticity of the anonymous public commons postings. Likewise, Mr.
Kronenberger's clients are the only ones who could have waived the attorney-
client privilege by leaking or publishing the same. If Mr. Kronenberger will
vouch for the accuracy and authenticity of the information and advise us of
the name or names of the clients who waived the privilege by publishing the
same, we will consider the entry of an appropriate order of the court, if
necessary, to protect such documents from disclosure outside of the litigation;

    (4)    Finally, there is no privilege attached to any public posting in "public
commons."

I look forward to your thoughts or comments herein.

Sincerely,

James L. Killion

JLK/mhv

cc:   Susan Polgar



KRONENBERGER | BURGOYNE

150 Post Street
Suite 520
San Francisco, CA 94108

Phone 415.955.1155
Fax   415.955.1158
www.kronenbergerlaw.com

August 25, 2008

James L. Killion
Killion Law Firm
P.O. Box 64670
2521 74th Street
Lubbock, TX 79464

**VIA EMAIL (jim@killionlaw.com), FACSIMILE: 806-748-5505 AND FIRST-CLASS MAIL**

**RE:   *UNITED STATES OF AMERICA CHESS FEDERATION V. DOES 1-10*; San Francisco Superior Court, Case No. CGC-08-476777; Demand to Cease Use of Attorney-Client Privileged Materials**

Dear Mr. Killion:

My firm is counsel for the United States Chess Federation ("USCF") in the above-referenced action.  It has come to our attention that Plaintiff's Original Petition (the "Original Petition") that you drafted in the action styled as *Polgar v. United States of America Chess Federation, Inc.*, et. al., No. 2008-544-292, integrates information from e-mail correspondence between my firm and our client, USCF, which were obtained unlawfully, and without permission, by a third party ("Protected Emails").   As communications between an attorney and client, the Protected Emails are confidential and protected by the attorney-client privilege.  Furthermore, the Protected Emails and the information contained therein were stolen and/or otherwise misappropriated in violation of various state and federal laws.  As a result, my firm filed the above referenced case of *USCF v. Does 1-10*, currently pending in the State of California regarding the unauthorized access of these Protected Emails.

Notably, the Protected Emails all included notices that the Protected Emails were protected by the attorney-client privilege.  Specifically, the Protected Emails included the following language:

> *NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.*

Accordingly, as a fellow attorney, I hope that you will acknowledge and agree that the Protected Emails were privileged.  You should also note that your client has publicly stated that she has provided copies of all the Protected Emails in her possession to her "attorneys."

Your are hereby on further notice that any Protected Emails that you possess between Kronenberger Burgoyne and USCF are protected by the attorney-client

privilege, and that USCF has not waived any privileges that protect such Protected Emails.

You are also hereby on notice that your inclusion of content from the Protected Emails in the Original Petition may have been in violation of state and federal laws, and, of course, the attorney-client privilege.

**We hereby demand that you and your client immediately cease-and-desist any continued unauthorized use of the Protected Emails or any other material covered by the attorney-client privilege between my law firm and USCF. Specifically, we hereby demand that you and your client:**

1. Identify all materials, including the Protected Emails, in your or your client's possession that are covered by the attorney-client privilege between my firm and USCF;

2. Place the materials, including the Protected Emails, in a sealed envelope and hold such sealed envelope in trust until you receive further instructions from the court;

3. After the materials are in a sealed envelope, delete or otherwise destroy all copies of the materials, including the Protected Emails, in your possession, and instruct your client to do the same;

4. Immediately inform my office a) who has viewed the attorney-client privileged materials, including the Protected Emails, and b) who provided such attorney client-privileged materials, including the Protected Emails, to you and/or to your client; and

5. Amend the Original Petition to strike any and all references to any all privileged information.

This is a very serious matter, and accordingly we expect prompt compliance with our demands. Please notify me immediately of your receipt of this letter—by return email (karl@kronenbergerlaw.com), fax, or otherwise in writing—to confirm that you intend to comply with the above-stated demands. You may also reach me at 415-955-1155, ext. 114.

This letter does not constitute a complete or exhaustive statement of all of my client's rights, privileges, claims, contentions, or legal theories regarding this matter. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of my client's rights, privileges or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

KRONENBERGER BURGOYNE, LLP

Karl S. Kronenberger

cc:  Pat Huttenbach

2

08/27/2008 22:59 8067485505 KILLION LAW FIRM PAGE 05/19
to fall on the ground from the sky
Case3:08-cv-05126-MHP Document208-1 Filed08/31/09 Page9 of 93 Page 1 of 15

[SEARCH BLOG] [*FLAG BLOG] Next Blog»    Create Blog | Sign In

# to fall on the ground from the sky

**blog archive**

▼ 2008 (4)
  ▼ June (1)
    Push Susan from military
    liason

  ► January (3)

► 2007 (5)

**monday, june 23, 2008**



Posted by to fall on the ground from the sky at 11:22 PM

commer

**wednesday, january 30, 2008**

REDACTED

REDACTED



REDACTED

Posted by to fall on the ground from the sky  at 9:50 AM      0 commen

8/5/2008



Posted by to fall on the ground from the sky  at 7:08 AM      0 commen

### thursday, january 17, 2008

to fall on Case 3:08-cv-05126 MHP    Document208-1    Filed08/31/09    Page14 of 93 Page 6 of 15

REDACTED

to fall on the ground from the sky



REDACTED

08/27/2008  22:59    8067485505                KILLION LAW FIRM                      PAGE  12/19
to fall on the ground from the sky
Case3:08-cv-05126-MHP   Document208-1    Filed08/31/09   Page16 of 93 Page 8 of 15



REDACTED

to fall on the ground from the sky



Posted by to fall on the ground from the sky  at 8:44 AM      0 commen

**friday, december 28, 2007**





Posted by to fall on the ground from the sky  at 12:56 PM

commer

**thursday, november 29, 2007**



REDACTED



REDACTED

REDACTED



Posted by to fall on the ground from the sky  at 10:43 AM

commer

**friday, october 26, 2007**





Posted by to fall on the ground from the sky  at 1:05 PM          0 comment

Older Po:

Subscribe to: Posts (Atom)

Exhibit C

# *KILLION LAW FIRM*

JAMES L. KILLION *

SAMANTHA PEABODY ESTRELLO**

2521 74TH STREET

LUBBOCK, TEXAS 79423

TELEPHONE: (806) 748-5500
TELECOPIER: (806) 748-5505

* BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
** ALSO LICENSED IN NEW MEXICO

P.O. BOX 64670
LUBBOCK, TEXAS 79464-4670

October 15, 2008

*Via Fax (713)223-9319 and First Class Mail*
Mr. William P. Huttenbach
Hirsch & Westheimer P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002

Re:     Cause No. 5:08-CV-00169-C; in the United States District Court for the Northern District of
        Texas, Lubbock Division; Susan Polgar v. United States of America Chess Federation, Inc., et al

Dear Mr. Huttenbach:

        I am providing you this letter in response to your most recent correspondence and that of Mr.
Kronenberger dated October 8, 2008. I trust that you will provide a copy of this letter to Mr.
Kronenberger as I am reluctant to communicate directly with an opposing party represented by
counsel in violation of the Texas Code of Professional Responsibility.

        In response to your inquiry, we believe with substantial justification that the only justiciable
controversies between the parties are Susan Polgar's claims of civil conspiracy to commit
defamation, slander per se, business disparagement and intentional infliction of emotional distress
all as set forth more specifically in Polgar's original petition on file in the Lubbock U.S. District
Court case referenced above. To that end, both Susan Polgar and Paul Truong, if called upon to do
so, will testify under oath as to any and all matters which the Court deems relevant to the litigation.
Conversely, neither Susan nor Paul have any plans to legitimate Mr. Kronenberger's "wild goose
chase" regarding the contrived fake Sam Sloan controversy. I understand clearly that Mr.
Kronenberger and his fellow conspirators in Polgar's defamation are straining to use this contrived
controversy as a "straw man" in which to justify their conspiracy and defamation of Susan Polgar;
however, those issues are not before the Court in this litigation, and they are neither true nor relevant.

        Mr. Kronenberger has failed in all things to follow Texas procedure regarding his filing of
the Rule 202 suit in Lubbock State Court. He has also wholly failed to meet Texas requirments
justifying the issuance of a court order of discovery. Accordingly, Susan Polgar and Paul Truong
refuse to lend any legitimacy to the Rule 202 "wild goose chase," and they certainly will not waive
their right to privacy to satisfy Mr. Kronenberger's attempt to distract attention from his defamation

October 15, 2008
Page -2-

of Susan Polgar. In short, Susan Polgar and Paul Truong will vigorously resist such attempts to unlawfully invade their privacy. I am not authorized to accept service on their behalf.

In response to Mr. Kronenberger's October 8, 2008, correspondence, please be advised of the following:

(1)     I have previously provided to your office by private U. S. Mail, copies of internet postings which were posted publicly all as reflected on the face of those documents. My office obtained those copies of postings solely through the public internet posting and after they had been published to the world on the public internet site. More particularly, the internet site was http://uscf-said.blogspot.com/ entitled "To Fall on the Ground From the Sky." Prior to the public posting, neither Susan Polgar nor Paul Truong had knowledge of the contents of any of the referenced e-mails or information. Likewise, at no time did either Susan Polgar or Paul Truong have access or privileges to enter any of the claimed secure e-mails sites. To our knowledge, the only persons with access or privileges to those sites were Mr. Kronenberger, his staff, his clients and probably other undisclosed persons. Obviously, Mr. Kronenberger and/or his clients have chosen to waive any confidentiality by the public publication and posting of the same;

(2)     Although the public information posted by Mr .Kronenberger and his clients clearly evidences their conspiracy to defame, disparage and damage Susan Polgar, contrary to Mr. Kronenberger's assertions, those documents were not attached to the Plaintiff's Original Petition filed herein. Although Susan Polgar is perfectly entitled under law to use this lawfully obtained evidence and all other relevant evidence in this suit and retains the right to do so, content of the claimed protected but now public e-mails was not included in Ms. Polgar's petition, nor has Ms. Polgar at any time committed an unauthorized use of any claimed protected e-mail;

(3)     Finally, as the e-mails in question were obtained only after a public posting of the same on the above referenced public internet site, we can only conclude that this information is now public domain, that any and all claims of privilege have been waived, and that certainly thousands of the members of the United States Chess Federation have viewed or read the same. Please refer Mr . Kronenberger to the membership of the USCF for the names of persons who may have viewed the pubic posting.

October 15, 2008
Page -3-

Ordinarily, in the discovery process leading to trial, evidence or information is discovered which may necessitate the entry of a Protective Order to preserve the confidentiality of protected information. On behalf of Susan Polgar, I am willing to agree to the entry of an appropriate order of the court protecting the confidentiality and use of certain information if that is necessary to protect the parties in this case.

Please call if you have any questions herein.

Sincerely,

James L. Killion

JLK/mhv

cc:    Ms. Susan Polgar

Exhibit D



| | |
|---|---|
| K R O N E N B E R G E R | B U R G O Y N E | 150 Post Street          Phone 415.955.1155<br>Suite 520                Fax    415.955.1158<br>San Francisco, CA 94108   www.kronenbergerlaw.com |

October 8, 2008


James L. Killion
Killion Law Firm
P.O. Box 64670
2521 74th Street
Lubbock, TX 79464

**VIA EMAIL (jim@killionlaw.com), FACSIMILE: 806-748-5505 AND FIRST-CLASS MAIL**

**RE:    *UNITED STATES OF AMERICA CHESS FEDERATION V. DOES 1-10*; San Francisco Superior Court, Case No. CGC-08-476777; <u>Second Demand</u> to Cease Use of Attorney-Client Privileged Materials**

Dear Mr. Killion:

As you know, my firm is counsel for the United States Chess Federation ("USCF") in the above-referenced action.  I sent you and your client a letter on August 26, 2008 notifying you that you integrated e-mail correspondence between my firm and our client, USCF, which were obtained unlawfully, and without permission, by a third party ("Protected Emails"), into the Plaintiff's Original Petition (the "Original Petition") that you drafted in the action styled as *Polgar v. United States of America Chess Federation, Inc.*, *et. al.*, No. 2008-544-292.  My letter demanded a) that you and your client cease and desist using any and all privileged information, b) that you and your client identify all privileged information in your possession and segregate it pending instructions from the court, and c) that you and your client strike all references to privileged information from the Original Petition.

You responded to USCF counsel Pat Huttenbach in a letter on August 28, 2008 that neither you nor your client possess any privileged emails; however, curiously, you attached multiple pieces of correspondence that purport to be from me to my client USCF, which, on their face, are obviously attorney-client communications.  You are hereby on notice that all communications that you possess that purport to be between me and USCF are attorney client privileged communications, including the attachments to your letter.

You also refused to identify the source from which both you and your client, Ms. Polgar, obtained my attorney-client privileged communications.  While you did attach some Internet postings to your letter, you did not confirm that the attached Internet postings were indeed the source from which you and Ms. Polgar obtained such privileged communications.  I again request that you specifically identify where you obtained my privileged communications, including any communications regarding the insurer, "Chubb."

Despite statements in my initial letter that none of my clients disclosed privileged information, you also stated in your letter that one of my clients must have disclosed the privileged communications, thus destroying the privilege.  To rebut this claim, I am attaching affidavits from all current Executive Board members (and a letter from the one former Executive Board member) and the Executive Director stating that they did not disclose any of my privileged communications.

You are again hereby on notice that your inclusion of content from the Protected Emails in the Original Petition may have been in violation of state and federal laws, and, of course, the attorney-client privilege.

**We hereby demand, a second time, that you and your client immediately cease-and-desist any continued unauthorized use of the Protected Emails or any other material covered by the attorney-client privilege between my law firm and USCF.  Specifically, we hereby demand that you and your client:**

1. Identify where you and your client obtained my Protected Emails, including any communications regarding the insurer, "Chubb"; specifically, we request that your client respond in an affidavit (due to the fact that the other USCF directors made their statements in affidavits) about exactly where she obtained the Protected Emails, including,

   a. if you or your client obtained the Protected Emails from a website, the names of such website(s) and who informed you and your client of the existence of such website(s),
   b. if you or your client obtained the Protected Emails via email, the name and sender email address of the person providing the Protected Emails to you or your client, and
   c. what computer you or your client used to access such website(s) or email.  Alternatively, we request that your client submit to a limited deposition of her on this topic;

2. Identify all materials, including the Protected Emails, in your or your client's possession that are covered by the attorney-client privilege between my firm and USCF;

3. Place the materials, including the Protected Emails, in a sealed envelope and hold such sealed envelope in trust until you receive further instructions from the court;

4. After the materials are in a sealed envelope, delete or otherwise destroy all copies of the materials, including the Protected Emails, in your possession, and instruct your client to do the same;

5. Immediately inform my office a) who has viewed the attorney-client privileged materials, including the Protected Emails, and b) who provided such attorney client-privileged materials, including the Protected Emails, to you and/or to your client; and

6. Amend the Original Petition to strike any and all references to any all privileged information.

I again reiterate that this is a very serious matter, and accordingly we expect prompt compliance with our demands. You may reach me at 415-955-1155, ext. 114.

Also, please note that if you do not comply with the above requests before October 15, 2008, my client will take action on this matter without further notice to you or to your client.

Please govern yourself accordingly.

This letter does not constitute a complete or exhaustive statement of all of my client's rights, privileges, claims, contentions, or legal theories regarding this matter. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of my client's rights, privileges or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

KRONENBERGER BURGOYNE, LLP

Karl S. Kronenberger

*cc:  Pat Huttenbach*

*Enclosures*
 *1. Affidavits of Bill Hall, Bill Goichberg, Randy Bauer, Randy Hough, Jim Berry*
 *2. Letter from Joel Channing*

3

1   **KRONENBERGER BURGOYNE, LLP**
    Karl S. Kronenberger (Bar No. 226112)
2   150 Post Street, Suite 520
    San Francisco, CA 94108
3   Telephone:  (415) 955-1155
    Facsimile:  (415) 955-1158
4

5   Attorneys for Plaintiff
    United States of America Chess Federation, Inc.
6

7

8                    **COURT OF THE STATE OF CALIFORNIA**
9                        **COUNTY OF SAN FRANCISCO**

10

11

12  **UNITED STATES OF AMERICA**          CASE NO. CGC-08-476777
    **CHESS FEDERATION, INC., an Illinois**
13  **not-for-profit corporation,**          **AFFIDAVIT OF RANDALL HOUGH**

14          Plaintiff,
                v.
15
16  **DOES 1-10, inclusive,**

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CGC-08-476777                    **AFFIDAVIT**

I, Randall Hough, declare as follows:

1.      My name is Randall Hough, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.      The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential. The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.      The aforementioned emails contained the following notice:

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

4.      I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.      I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

correspondence. This attached email messages that Mr. Killion possesses, specifically the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6.     At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed this 12th day of September.

Randall Hough

Randall Hough

# ACKNOWLEDGMENT

State of California
County of LOS ANGELES } ss.

On SEPTEMBER 12, 2008 before me, FRANK CHIN ,
Notary Public, personally appeared RANDALL DENNIS HOUGH

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

```
FRANK CHIN
COMM. # 1588282
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
COMM. EXP. JUNE 18, 2009
```
(seal)

### OPTIONAL INFORMATION

| | | |
|---|---|---|
| Date of Document | Sept. 12, 2008 | Thumbprint of Signer |
| Type or Title of Document | CASE # CGC-08-476777 | |
| Number of Pages in Document | 03 | |
| Document in a Foreign Language | _____ | |

Type of Satisfactory Evidence:
_____ Personally Known with Paper Identification
_____ Paper Identification
_____ Credible Witness(es)

Capacity of Signer:
_____ Trustee
_____ Power of Attorney
_____ CEO / CFO / COO
_____ President / Vice-President / Secretary / Treasurer
_____ Other: _____

☐ Check here if no thumbprint or fingerprint is available.

Other Information:_____
_____

© 2008 Allstate Notary Preparation, Inc. - (800) 689-8456 - www.allstatenotary.com

1   **KRONENBERGER BURGOYNE, LLP**
     Karl S. Kronenberger (Bar No. 226112)
2   150 Post Street, Suite 520
     San Francisco, CA 94108
3   Telephone: (415) 955-1155
     Facsimile: (415) 955-1158
4   karl@kronenbergerlaw.com

5   Attorneys for Plaintiff
     United States of America Chess Federation, Inc.

6

7

8              **COURT OF THE STATE OF CALIFORNIA**
9                **COUNTY OF SAN FRANCISCO**

10

11

12  **UNITED STATES OF AMERICA**      CASE NO. CGC-08-476777
     **CHESS FEDERATION, INC., an Illinois**
13  **not-for-profit corporation,**       **AFFIDAVIT OF RANDY BAUER**

14       Plaintiff,
       v.
15

16  **DOES 1-10, inclusive,**

       Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

    CASE NO. CGC-08-476777           **AFFIDAVIT**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

I, Randy Bauer, declare as follows:

1.      My name is Randy Bauer, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.      The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential.   The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.      The aforementioned emails contained the following notice:

NOTICE:  This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

4.      I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.      I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

CASE NO. CGC-08-476777              1          **AFFIDAVIT**

correspondence.  This attached email messages that Mr. Killion possesses, specifically the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6.     At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.


I declare under penalty of perjury under the laws of the State of Iowa that the foregoing is true and correct and that this affidavit was executed this 12th day of September.



Randall L. (Randy) Bauer

CHRISTINE M. SMITH
Commission Number 736304
My Commission Expires
August 25, 2011

Christine M. Smith

CASE NO. CGC-08-476777                    2          **AFFIDAVIT**

1    **KRONENBERGER BURGOYNE, LLP**
     Karl S. Kronenberger (Bar No. 226112)
2    150 Post Street, Suite 520
     San Francisco, CA 94108
3    Telephone:  (415) 955-1155
     Facsimile:  (415) 955-1158
4    karl@kronenbergerlaw.com

5    Attorneys for Plaintiff
     United States of America Chess Federation, Inc.

6

7

8               **COURT OF THE STATE OF CALIFORNIA**
9                **COUNTY OF SAN FRANCISCO**

10

11

12    **UNITED STATES OF AMERICA**       CASE NO. CGC-08-476777
     **CHESS FEDERATION, INC., an Illinois**
13    **not-for-profit corporation,**         **AFFIDAVIT OF JIM BERRY**

14         Plaintiff,
       v.
15

16    **DOES 1-10, inclusive,**

17         Defendants.

18

19

20

21

22

23

24

25

26

27

28

      CASE NO. CGC-08-476777               **AFFIDAVIT**

*KRONENBERGER BURGOYNE, LLP*
*150 Post Street, Suite 520*
*San Francisco, CA 94108*
*www.KronenbergerLaw.com*

I, Jim Berry, declare as follows:

1.    My name is Jim Berry, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.    The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential.  The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.    The aforementioned emails contained the following notice:

NOTICE:  This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

4.    I did not forward or otherwise disclose these aforementioned emails to any third parties.  If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.    I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email correspondence.  This attached email messages that Mr. Killion possesses, specifically

the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6.      At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.

I declare under penalty of perjury under the laws of the State of ~~California~~ OKCAHOMA that the foregoing is true and correct and that this affidavit was executed this _10_ day of September. _2008_

_____

Jim Berry

Sworn and scribed before me this 10th day of September, 2008.

My Commission # 99016755 expires  10/12/11

1   **KRONENBERGER BURGOYNE, LLP**
    Karl S. Kronenberger (Bar No. 226112)
2   150 Post Street, Suite 520
    San Francisco, CA 94108
3   Telephone: (415) 955-1155
    Facsimile:  (415) 955-1158
4   karl@kronenbergerlaw.com

5   Attorneys for Plaintiff
    United States of America Chess Federation, Inc.

6

7

8                   **COURT OF THE STATE OF CALIFORNIA**
                        **COUNTY OF SAN FRANCISCO**
9

10

11
                                                  CASE NO. CGC-08-476777
12  **UNITED STATES OF AMERICA**
    **CHESS FEDERATION, INC., an Illinois**        **AFFIDAVIT OF BILL HALL**
13  **not-for-profit corporation,**

14          Plaintiff,
              v.
15
    **DOES 1-10, inclusive,**
16
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CGC-08-476777                          **AFFIDAVIT**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

I, Bill Hall, declare as follows:

1.     My name is Bill Hall, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.     The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential. The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.     The aforementioned emails contained the following notice:

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

4.     I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.     I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email correspondence. This attached email messages that Mr. Killion possesses, specifically

1  the entries dated November 29, 2007, December 28, 2007 and January 17, 2008,
2  contain materials that are protected under the attorney client privilege, and I hereby
3  invoke my privilege related to such documents.

4      6.    At no time did I waive the attorney-client privilege related to the contents of
5  the aforementioned emails, and nothing in this affidavit should be interpreted as such a
6  waiver.

7

8      I declare under penalty of perjury under the laws of the State of Tennessee that
9  the foregoing is true and correct and that this affidavit was executed this 10th day of
10  September.

11

12                                                  _____

13                                                          Bill Hall

14

15

16

17

18

19

20



21  Expiration July 3, 2012

22  Signature Peggi L. Stephen

23

24

25

26

27

28
    CASE NO. CGC-08-476777                    2        **AFFIDAVIT**

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com

Attorneys for Plaintiff
United States of America Chess Federation, Inc.

**COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| **UNITED STATES OF AMERICA CHESS FEDERATION, INC., an Illinois not-for-profit corporation,**<br><br>Plaintiff,<br>v.<br><br>**DOES 1-10, inclusive,**<br><br>Defendants. | **CASE NO. CGC-08-476777**<br><br>**AFFIDAVIT OF WILLIAM GOICHBERG** |

CASE NO. CGC-08-476777                        **AFFIDAVIT**

I, Bill Goichberg, declare as follows:

1.    My name is William Goichberg, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.    The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential. The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.    The aforementioned emails contained the following notice:

> NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

4.    I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.    I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

CASE NO. CGC-08-476777        1        **AFFIDAVIT**

1   correspondence. This attached email messages that Mr. Killion possesses, specifically

2   the entries dated November 29, 2007, December 28, 2007 and January 17, 2008,

3   contain materials that are protected under the attorney client privilege, and I hereby

4   invoke my privilege related to such documents.

5       6.     At no time did I waive the attorney-client privilege related to the contents of

6   the aforementioned emails, and nothing in this affidavit should be interpreted as such a

7   waiver.

8

9       I declare under penalty of perjury under the laws of the State of New York that the

10   foregoing is true and correct and that this affidavit was executed this ___ day of

11   September.

12

13   _____          William Goichberg

14                                           William Goichberg

15

16                          DANIEL DeBENEDICTIS
                              Commissioner of Deeds
17                      In & For the City of Mount Vernon
                        Commission Expires December 31, 20

18

19

20

21

22

23

24

25

26

27

28
        CASE NO. CGC-08-476777              2      **AFFIDAVIT**

1  **KRONENBERGER BURGOYNE, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  150 Post Street, Suite 520
   San Francisco, CA 94108
3  Telephone:  (415) 955-1155
   Facsimile:  (415) 955-1158
4  karl@kronenbergerlaw.com

5  Attorneys for Plaintiff
   United States of America Chess Federation, Inc.

6

7

8                      **COURT OF THE STATE OF CALIFORNIA**
9                         **COUNTY OF SAN FRANCISCO**

10

11

12  **UNITED STATES OF AMERICA**          CASE NO. CGC-08-476777
    **CHESS FEDERATION, INC., an Illinois**
13  **not-for-profit corporation,**         **AFFIDAVIT OF JIM BERRY**

14          Plaintiff,
            v.
15
    **DOES 1-10, inclusive,**
16
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

    CASE NO. CGC-08-476777                        **AFFIDAVIT**

1  I, Jim Berry, declare as follows:

2    1.    My name is Jim Berry, and I am a member of the United States of America

3  Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I

4  am competent to testify hereto. Each fact stated in this affidavit is true and correct, and,

5  unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

6    2.    The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United

7  States of America Chess Federation, Inc. (USCF) relating to allegations that unknown

8  persons, possibly including, without limitation, Susan Polgar, improperly obtained

9  confidential emails. In my capacity as a member of the USCF Executive Board, on

10  November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January

11  7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of

12  Kronenberger Burgoyne, LLP, and such email communications were privileged and

13  confidential. The other recipients of these emails were Bill Hall, USCF Executive

14  Director, and the other USCF Executive Board members, with the exception of Susan

15  Polgar and Paul Truong.

16    3.    The aforementioned emails contained the following notice:

17

18  NOTICE: This email may contain material that is privileged, confidential, and/or
19  attorney-client work product for the sole use of the intended recipient. Any review,
   reliance or distribution by others or forwarding without express written permission
20  is strictly prohibited. If you are not the intended recipient, please contact the
   sender at the above number and delete all copies. Inadvertent waiver shall waive
21  no privileges.

22

23    4.    I did not forward or otherwise disclose these aforementioned emails to any

24  third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise

25  published the aforementioned emails, such claims would be untrue.

26    5.    I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach,

27  counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

28  correspondence. This attached email messages that Mr. Killion possesses, specifically

CASE NO. CGC-08-476777                    1          **AFFIDAVIT**

the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6. At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.

OKLAHOMA

I declare under penalty of perjury under the laws of the State of ~~California~~ that the foregoing is true and correct and that this affidavit was executed this _10_ day of September. 2008

_Jim Berry_

Jim Berry

Sworn and scribed before me this 10th day of September, 2008.

My Commission # 99016755 expires 10/12/11

CASE NO. CGC-08-476777    2    **AFFIDAVIT**



# CHANNING CORPORATION

September 12, 2008

Karl Kronenberger
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA  94180

Dear Karl,

Pursuant to our phone conversation, I'm writing to confirm that I was a member of the United States of America Chess Federation, Inc.'s Executive Board from August 2005 to April 2008.  While I was an Executive Board member, the law firm of Kronenberger Burgoyne, LLP was retained as legal counsel to the United States of America Chess Federation, Inc. (USCF) with regard to allegations that an unknown person, possibly Paul Truong, was impersonating Sam Sloan on the internet.

I have copies of your November 27, 2007, December 20, 2007 and January 7, 2008 priveleged emails to the Board.  To the best of my knowledge, the other recipients of these emails were only the names shown as recipients thereon.  The emails of November 27, 2007 and January 7, 2008 contained notice that they were privileged. To the best of my knowledge, I did not forward or otherwise disclose these aforementioned emails to any third parties.  Also, my recollection is that I did not hear anything about Susan Polgar or anyone else obtaining confidential emails until after I resigned from the Board.

Joel Channing

Exhibit E

**Karl Kronenberger**

| | |
|---|---|
| **From:** | Karl Kronenberger |
| **Sent:** | Friday, November 07, 2008 4:26 PM |
| **To:** | 'Whitney Leigh' |
| **Cc:** | Brian Brazier; Matt Gonzalez; Matt Springman; Jeff Rosenfeld |
| **Subject:** | Attorney-Client Privileged Materials |
| **Attachments:** | Combined Affidavits re Stolen Emails.PDF |

Whitney:

I'd like to take this opportunity now, while it is early in the case and before you have had much time to review documents provided to you by your client or others, to suggest that you stay vigilant about some attorney client privileged materials that were taken, without authorization or consent, from both of my clients, Mr. Hough and the US Chess Federation.

As you may know, I was hired by the USCF to investigate Mr. Paul Truong and his wife, Susan Polgar, regarding allegations that Mr. Troung impersonated another USCF board member in over 2500 postings on the Internet. As part of this representation, I sent many attorney-client privileged emails to the USCF Executive Board members (except Truong and Polgar), containing highly confidential matters regarding my investigation and legal analysis concerning your client and Mr. Truong.

We know now that those emails were stolen and distributed to third parties without any permission or waiver from me or my clients – indeed, that is why the USCF brought this case back in June of this year. To clarify, my clients reserve all rights and privileges in their communications with me and their other counsel, and there has been no waiver of any privilege to date. Further, inadvertent disclosure cannot waive the attorney-client privilege, and, of course, disclosure due to a theft of privileged communications cannot waive the privilege either.

I know that your client has alleged that one of the board members "leaked" or otherwise distributed the emails to third parties, thus destroying privilege. However, that is simply not the case. In support of this, and to show the great importance of this issue, I attached affidavits from the executive board members who were recipients of my privileged emails (the one board member who has since resigned has submitted a letter instead of a declaration).

As a fellow attorney I hope you understand the significance of this breach of confidence and privilege. Furthermore, I respectfully request that if you come into possession of any communications between me and my clients, that a) you not read or otherwise review the communication, and b) you notify me immediately so that we can determine the best way to deal with such communications.

Thank you in advance for your understanding and cooperation on this matter.

Very best regards,

Karl

_____

Karl S. Kronenberger
**KRONENBERGER BURGOYNE, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108-4707
(415) 955-1155, x-114
(415) 955-1158  Fax
karl@kronenbergerlaw.com
www.kronenbergerlaw.com

I, Randall Hough, declare as follows:

1.      My name is Randall Hough, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.      The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential. The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.      The aforementioned emails contained the following notice:

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

4.      I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.      I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

correspondence.  This attached email messages that Mr. Killion possesses, specifically the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6.    At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed this 12th day of September.

_Randall Hough_

Randall Hough

# ACKNOWLEDGMENT

State of California
County of _LOS ANGELES_ } ss.

On _SEPTEMBER 12, 2008_ before me, _FRANK CHIN_ ,
Notary Public, personally appeared _RANDALL DENNIS HOUGH_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

FRANK CHIN
COMM. # 1588282
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
COMM. EXP. JUNE 18, 2009

(seal)

## OPTIONAL INFORMATION

Date of Document _Sept. 12, 2008_          Thumbprint of Signer

Type or Title of Document _CASE # CGC-08-476777_

Number of Pages in Document _03_

Document in a Foreign Language _____

Type of Satisfactory Evidence:
_____ Personally Known with Paper Identification
_____ Paper Identification
_____ Credible Witness(es)

Capacity of Signer:
_____ Trustee
_____ Power of Attorney
_____ CEO / CFO / COO
_____ President / Vice-President / Secretary / Treasurer
_____ Other: _____

[ ] Check here if
no thumbprint
or fingerprint
is available.

Other Information: _____
_____

© 2008 Allstate Notary Preparation, Inc. - (800) 689-8456 - www.allstatenotary.com

FRANK CHIN
COMM. # 1588282
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
COMM. EXP. JUNE 18, 2009

1   **KRONENBERGER BURGOYNE, LLP**
    Karl S. Kronenberger (Bar No. 226112)
2   150 Post Street, Suite 520
    San Francisco, CA 94108
3   Telephone: (415) 955-1155
    Facsimile: (415) 955-1158
4   karl@kronenbergerlaw.com

5   Attorneys for Plaintiff
    United States of America Chess Federation, Inc.

6

7

8                   **COURT OF THE STATE OF CALIFORNIA**
9                        **COUNTY OF SAN FRANCISCO**

10

11

12  **UNITED STATES OF AMERICA**          CASE NO. CGC-08-476777
    **CHESS FEDERATION, INC., an Illinois**
13  **not-for-profit corporation,**        **AFFIDAVIT OF RANDY BAUER**

14          Plaintiff,
                v.
15
    **DOES 1-10, inclusive,**
16
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CGC-08-476777                    **AFFIDAVIT**

I, Randy Bauer, declare as follows:

1.    My name is Randy Bauer, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.    The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential.   The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.    The aforementioned emails contained the following notice:

NOTICE:  This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

4.    I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.    I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

CASE NO. CGC-08-476777            1         **AFFIDAVIT**

correspondence. This attached email messages that Mr. Killion possesses, specifically the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6.    At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.

I declare under penalty of perjury under the laws of the State of Iowa that the foregoing is true and correct and that this affidavit was executed this 12th day of September.

_Randall L. Bauer_

Randall L. (Randy) Bauer



CHRISTINE M. SMITH
Commission Number 736304
My Commission Expires
August 25, 2011

_Christine M. Smith_

CASE NO. CGC-08-476777              2              **AFFIDAVIT**

1   **KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)

2   150 Post Street, Suite 520
San Francisco, CA 94108

3   Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158

4   karl@kronenbergerlaw.com

5   Attorneys for Plaintiff
United States of America Chess Federation, Inc.

6

7

8                    **COURT OF THE STATE OF CALIFORNIA**

9                      **COUNTY OF SAN FRANCISCO**

10

11

12   **UNITED STATES OF AMERICA**      CASE NO. CGC-08-476777
**CHESS FEDERATION, INC., an Illinois**

13   **not-for-profit corporation,**        **AFFIDAVIT OF JIM BERRY**

14         Plaintiff,
      v.

15   **DOES 1-10, inclusive,**

16

17         Defendants.

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CGC-08-476777              **AFFIDAVIT**

I, Jim Berry, declare as follows:

1.     My name is Jim Berry, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.     The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential. The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.     The aforementioned emails contained the following notice:

NOTICE:  This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

4.     I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.     I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email correspondence. This attached email messages that Mr. Killion possesses, specifically

the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6. At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.

I declare under penalty of perjury under the laws of the State of ~~California~~ OKCAHOMA OK that the foregoing is true and correct and that this affidavit was executed this _10_ day of September. 2008

_____
Jim Berry

Sworn and scribed before me this 10th day of September, 2008.

My Commission # 99016755 expires  10/12/11

1 **KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
2 150 Post Street, Suite 520
San Francisco, CA 94108
3 Telephone: (415) 955-1155
Facsimile: (415) 955-1158
4 karl@kronenbergerlaw.com

5 Attorneys for Plaintiff
United States of America Chess Federation, Inc.

6

7

8 **COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**
9

10

11

12 **UNITED STATES OF AMERICA**      CASE NO. CGC-08-476777
**CHESS FEDERATION, INC., an Illinois**
13 **not-for-profit corporation,**      **AFFIDAVIT OF BILL HALL**

14       Plaintiff,
       v.
15

16 **DOES 1-10, inclusive,**

       Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CGC-08-476777      **AFFIDAVIT**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

I, Bill Hall, declare as follows:

1. My name is Bill Hall, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2. The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential. The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3. The aforementioned emails contained the following notice:

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

4. I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5. I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email correspondence. This attached email messages that Mr. Killion possesses, specifically

CASE NO. CGC-08-476777      1      **AFFIDAVIT**

1    the entries dated November 29, 2007, December 28, 2007 and January 17, 2008,

2    contain materials that are protected under the attorney client privilege, and I hereby

3    invoke my privilege related to such documents.

4        6.    At no time did I waive the attorney-client privilege related to the contents of

5    the aforementioned emails, and nothing in this affidavit should be interpreted as such a

6    waiver.

7

8        I declare under penalty of perjury under the laws of the State of Tennessee that

9    the foregoing is true and correct and that this affidavit was executed this 10th day of

10   September.

11

12

13                                                        Bill Hall

14

15

16

17   

18

19

20

21   Expiration July 3, 2012

22   Signature Peggi L. Stephens

23

24

25

26

27

28
     CASE NO. CGC-08-476777              2          **AFFIDAVIT**

<table>
<tr><td>

1

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)

2   150 Post Street, Suite 520
San Francisco, CA 94108

3   Telephone: (415) 955-1155
Facsimile:  (415) 955-1158

4   karl@kronenbergerlaw.com

5   Attorneys for Plaintiff
United States of America Chess Federation, Inc.

</td></tr>
</table>

6

7

8            **COURT OF THE STATE OF CALIFORNIA**

9              **COUNTY OF SAN FRANCISCO**

10

11

12   **UNITED STATES OF AMERICA**       CASE NO. CGC-08-476777
      **CHESS FEDERATION, INC., an Illinois**

13   **not-for-profit corporation,**       **AFFIDAVIT OF WILLIAM**
                        **GOICHBERG**

14        Plaintiff,

       v.

15

16   **DOES 1-10, inclusive,**

17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

I, Bill Goichberg, declare as follows:

1.      My name is William Goichberg, and I am a member of the United States of America Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I am competent to testify hereto. Each fact stated in this affidavit is true and correct, and, unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

2.      The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United States of America Chess Federation, Inc. (USCF) relating to allegations that unknown persons, possibly including, without limitation, Susan Polgar, improperly obtained confidential emails. In my capacity as a member of the USCF Executive Board, on November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January 7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of Kronenberger Burgoyne, LLP, and such email communications were privileged and confidential. The other recipients of these emails were Bill Hall, USCF Executive Director, and the other USCF Executive Board members, with the exception of Susan Polgar and Paul Truong.

3.      The aforementioned emails contained the following notice:

> NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

4.      I did not forward or otherwise disclose these aforementioned emails to any third parties. If Ms. Polgar or anyone else were to claim that I forwarded or otherwise published the aforementioned emails, such claims would be untrue.

5.      I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach, counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

CASE NO. CGC-08-476777                    1            **AFFIDAVIT**

1  correspondence. This attached email messages that Mr. Killion possesses, specifically

2  the entries dated November 29, 2007, December 28, 2007 and January 17, 2008,

3  contain materials that are protected under the attorney client privilege, and I hereby

4  invoke my privilege related to such documents.

5      6.      At no time did I waive the attorney-client privilege related to the contents of

6  the aforementioned emails, and nothing in this affidavit should be interpreted as such a

7  waiver.

8

9      I declare under penalty of perjury under the laws of the State of New York that the

10  foregoing is true and correct and that this affidavit was executed this ___ day of

11  September.

12

13

14

15

16

17

18

William Goichberg

DANIEL DeBENEDICTIS
Commissioner of Deeds
In & For the City of Mount Vernon
Commission Expires December 31, 20__

19

20

21

22

23

24

25

26

27

28

CASE NO. CGC-08-476777                  2          **AFFIDAVIT**



1    **KRONENBERGER BURGOYNE, LLP**
     Karl S. Kronenberger (Bar No. 226112)
2    150 Post Street, Suite 520
     San Francisco, CA 94108
3    Telephone:  (415) 955-1155
     Facsimile:  (415) 955-1158
4    karl@kronenbergerlaw.com

5    Attorneys for Plaintiff
     United States of America Chess Federation, Inc.
6

7

8                    **COURT OF THE STATE OF CALIFORNIA**
9                     **COUNTY OF SAN FRANCISCO**

10

11

12   **UNITED STATES OF AMERICA**          CASE NO. CGC-08-476777
     **CHESS FEDERATION, INC., an Illinois**
13   **not-for-profit corporation,**        **AFFIDAVIT OF JIM BERRY**

14            Plaintiff,
             v.
15
     **DOES 1-10, inclusive,**
16
             Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

     CASE NO. CGC-08-476777                        **AFFIDAVIT**

1   I, Jim Berry, declare as follows:

2    1.    My name is Jim Berry, and I am a member of the United States of America

3   Chess Federation, Inc.'s Executive Board. I am over the age of twenty-one (21) years. I

4   am competent to testify hereto. Each fact stated in this affidavit is true and correct, and,

5   unless otherwise stated, I have personal knowledge of each fact stated in this affidavit.

6    2.    The law firm of Kronenberger Burgoyne, LLP is legal counsel to the United

7   States of America Chess Federation, Inc. (USCF) relating to allegations that unknown

8   persons, possibly including, without limitation, Susan Polgar, improperly obtained

9   confidential emails.  In my capacity as a member of the USCF Executive Board, on

10  November 27, 2007 at 10:37 a.m. PST, December 20, 2007, 6:31 p.m. PST, and January

11  7, 2008, 12:37 a.m. PST, I received email communications from Mr. Karl Kronenberger of

12  Kronenberger Burgoyne, LLP, and such email communications were privileged and

13  confidential.  The other recipients of these emails were Bill Hall, USCF Executive

14  Director, and the other USCF Executive Board members, with the exception of Susan

15  Polgar and Paul Truong.

16   3.    The aforementioned emails contained the following notice:

17

18  NOTICE:  This email may contain material that is privileged, confidential, and/or
    attorney-client work product for the sole use of the intended recipient. Any review,
19  reliance or distribution by others or forwarding without express written permission
    is strictly prohibited.  If you are not the intended recipient, please contact the
20  sender at the above number and delete all copies.  Inadvertent waiver shall waive
    no privileges.
21

22

23   4.    I did not forward or otherwise disclose these aforementioned emails to any

24  third parties.  If Ms. Polgar or anyone else were to claim that I forwarded or otherwise

25  published the aforementioned emails, such claims would be untrue.

26   5.    I have reviewed a letter sent from Mr. James Killion to Mr. Pat Huttenbach,

27  counsel for USCF, dated August 28, 2008, including the fifteen pages of attached email

28  correspondence.  This attached email messages that Mr. Killion possesses, specifically

CASE NO. CGC-08-476777              1        **AFFIDAVIT**

the entries dated November 29, 2007, December 28, 2007 and January 17, 2008, contain materials that are protected under the attorney client privilege, and I hereby invoke my privilege related to such documents.

6. At no time did I waive the attorney-client privilege related to the contents of the aforementioned emails, and nothing in this affidavit should be interpreted as such a waiver.

I declare under penalty of perjury under the laws of the State of ~~California~~ OKLAHOMA that the foregoing is true and correct and that this affidavit was executed this _10_ day of September. _2008_

Jim Berry

Sworn and scribed before me this 10th day of September, 2008.

My Commission # 99016755 expires 10/12/11

CASE NO. CGC-08-476777                    2        **AFFIDAVIT**



# CHANNING CORPORATION

September 12, 2008


Karl Kronenberger
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA  94180

Dear Karl,

Pursuant to our phone conversation, I'm writing to confirm that I was a member of the United States of America Chess Federation, Inc.'s Executive Board from August 2005 to April 2008.  While I was an Executive Board member, the law firm of Kronenberger Burgoyne, LLP was retained as legal counsel to the United States of America Chess Federation, Inc. (USCF) with regard to allegations that an unknown person, possibly Paul Truong, was impersonating Sam Sloan on the internet.

I have copies of your November 27, 2007, December 20, 2007 and January 7, 2008 priveleged emails to the Board.  To the best of my knowledge, the other recipients of these emails were only the names shown as recipients thereon.  The emails of November 27, 2007 and January 7, 2008 contained notice that they were privileged. To the best of my knowledge, I did not forward or otherwise disclose these aforementioned emails to any third parties.  Also, my recollection is that I did not hear anything about Susan Polgar or anyone else obtaining confidential emails until after I resigned from the Board.

Joel Channing

Exhibit F

**Untitled Microcassette**



# Tigerfish®
Transcribing·Editing

203 Columbus Avenue · San Francisco  94133
toll-free 877-TIGERFISH

**www.tigerfish.com**

Whitney Lay:          Yeah, yeah.  I know it's not true.  I know that you knew about Mr.
                      Alexander's [unintelligible] about Mr. [Moders] long before Mr.
                      Alexander wrote -- wrote -- brought it up.  And so, in fact, um, you
                      have expressed opinions about it.  So if you want to go into it I will,
                      but --

Karl Kronenberger:    Yeah.  Yeah, I would want to go into it.

Whitney Lay:          Well, I mean, you've advised -- you, you know, you -- you know,
                      advised, um, uh, certain people I know.  Uh, you know what?  I
                      don't even want to go into it because [unintelligible]

Gregory Alexander:    Don't go into it.

Karl Kronenberger:    No, because you -- because you've read my confidential emails.
                      You say -- you're saying you -- you're saying you read my
                      confidential --

Whitney Lay:          Yes.  These were published.  These are the emails that you're
                      talking about.

Karl Kronenberger:    Where'd you get them?

Whitney Lay:          I -- where did I get them?  I got them off the Web.

Karl Kronenberger:    Where off the Web?

Whitney Lay:          I'm not in here to --

Karl Kronenberger:  No, no.  Seriously, where did -- where did you get -- no, this is
                    serious.  My emails were stolen.  Where did you get them?

Whitney Lay:          At [Sloane Offit].

Karl Kronenberger:  Where?  Okay, so were they attached to, uh -- a pleading?

Whitney Lay:          I'm not here to be interrogated.

Karl Kronenberger:  That's because you don't have any.

Whitney Lay:          I'll show -- I'll prove it to you.  I'll show you -- I'll show you every
                    document I've got.  But my point is, um, I don't want to get into
                    that because, um, you contend that this information is not on the
                    record, you [unintelligible] information is privileged.

Karl Kronenberger:  Yes.  Okay?

Whitney Lay:          Okay.

Karl Kronenberger:  And I -- and I'm -- and it's frustrating that -- that, you know, I
                    asked in -- in -- and you're not really as much as fault for this as
                    [Kilian] is.  Because I -- I've asked him multiple times.  Because he
                    has copies of my emails that he read, and he will not hand them
                    over.  And -- and we know they were --

Whitney Lay:        I'm not -- you're -- you're misunderstanding me.  Okay?  You
                    remember, uh, talking to, uh, uh, uh, uh, uh Mr. Channing, [Bill]
                    Channing.  Did you ever talk to him?  Okay?  Have you ever talked
                    to Bill Channing about the scope of your [attention] that you're
                    expected to, uh, to investigate?  Remember talking about that?

Karl Kronenberger:  I may have.

Whitney Lay:        Did [Mr.] Channing ask you, uh, to [leave] your investigation of
                    Mr. Alexander's complaints [unintelligible]

Karl Kronenberger:  Mmh, I can't remember that.  I don't remember that.

Whitney Lay:        You might want to -- might want -- might want to give that some
                    thought before you assume, uh, the source of my information.

Karl Kronenberger:  So he -- he asked -- Channing asked me to look into [Moders]
                    hacking into Alexander's account?  Oh, know what you're saying.
                    You're saying Channing asked me to look into, um, things that
                    [Moders] had did wrong.  I see what you're saying.  Well, yeah.
                    Actually -- of course I've looked into that.  I've looked into the
                    [NDA], I've looked in -- you know, I've analyzed everything that
                    was given to me regarding [Moders head] and potential
                    wrongdoing, how he could potentially create  a liability for the
                    federation.  And so -- I've analyzed all that.  But -- but I didn't -- I
                    didn't know --

Exhibit G

K R O N E N B E R G E R  |  B U R G O Y N E

150 Post Street            Phone  415.955.1155
Suite 520                  Fax     415.955.1158
San Francisco, CA 94108    www.kronenbergerlaw.com

April 27, 2009

G. Whitney Leigh
Gonzalez & Leigh, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA  94105
Fax: (415) 512-2001
wleigh@gonzalezleigh.com

**VIA FIRST CLASS MAIL, FACSIMILE AND EMAIL**

**RE:** *United States of America Chess Federation, Inc. et al. v. Polgar et al.*,
**Case No. 3:08-cv-05126-MHP; Possession of stolen attorney-client
privileged materials**

Dear Whitney:

As you know, this case involves allegations of the theft of highly
confidential and attorney-client privileged communications of the Legal
Subcommittee of the Executive Board of the USCF.  Between approximately
November 2007 and June 2008, thousands of emails of Executive Board member
Randall Hough were stolen from his email account.  Thereafter, a subset of those
thousands of emails was published on a blog created by your client Susan Polgar
and Gregory Alexander.

As you also know, there is a criminal investigation pending regarding the
theft of these emails, and the USCF is and has been aggressively investigating
the facts surrounding the theft of these USCF emails.  Upon you making an
appearance for your client in this matter, this firm, on November 7, 2008,
requested that you immediately identify and turn over any USCF attorney-client
emails in your possession.  In your response that same day, you did not deny that
you were in possession of such emails, but you instead stated that you "take
matters of attorney client privilege seriously."

At our recent meeting on April 15, 2009 to meet and confer about discovery
issues, I was disturbed to hear you admit to me that you are in possession of
previously undisclosed attorney-client privileged correspondence between my firm
and Joel Channing, who was an Executive Board member and member of the
Legal Subcommittee at the time the communications were made.  Even more
disturbing is the fact that the content of the emails in your possession involves
communications between my firm and the USCF regarding the legal dispute
between the USCF and your clients, Ms. Polgar and Mr. Truong.  Randall Hough
was cc'ed on these emails, which explains how they were eventually stolen.

When I questioned you about these emails, you stated that you "got them from the Internet." As you know, you are under an ethical obligation to disclose unlawfully obtained evidence, regardless of whether you received it from your client.

This letter is formal notice to you that you are in possession of attorney-client privileged emails. I must demand the following of you.

1. **Identify all emails in your possession between my firm and the Legal Subcommittee, by reviewing header information and not reading the content of such emails;**

2. **Immediately turn over to me, in digital format, all such emails or other confidential communications in your possession;**

3. **Certify that, after turning over such confidential communications to my firm, that you have deleted all such emails in your possession;**

4. **State whether you have reviewed any of the content of such confidential communications; and**

5. **Fully explain how you came into possession of these confidential communications.**

These demands are urgent and of the utmost importance, and we demand that you comply by **Wednesday, April 29, 2009 at 6:00 p.m. PST**.

If you have any questions regarding this matter, you may reach me at 415-955-1155, ext. 114, or at karl@KBInternetLaw.com.

Sincerely,

KRONENBERGER BURGOYNE, LLP

Karl Kronenberger

Exhibit H

K R O N E N B E R G E R | B U R G O Y N E

150 Post Street
Suite 520
San Francisco, CA 94108

Phone  415.955.1155
Fax     415.955.1158
www.kronenbergerlaw.com

April 30, 2009

G. Whitney Leigh
Gonzalez & Leigh, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA  94105
Fax: (415) 512-2001
wleigh@gonzalezleigh.com

**VIA FIRST CLASS MAIL, FACSIMILE AND EMAIL**

**RE:**   ***United States of America Chess Federation, Inc. et al. v. Polgar et al.,***
**Case No. 3:08-cv-05126-MHP; Possession of stolen attorney-client**
**privileged materials**

Dear Whitney:

This responds to your letter dated April 29, which was a response to my April 27 letter regarding attorney-client communications between my firm and my client that you have reviewed.

You stated, in the meet and confer session and in your letter, that you obtained my attorney-client communications on the Internet.  <u>Please immediately identify the location on the Internet where you obtained these attorney-client communications between my firm and Joel Channing</u>.   As you know, Joel Channing was, at the time of said communications, a member of the Board Subcommittee investigating your clients Susan Polgar and Paul Truong, and the emails that you reviewed involved this investigation.

You have a duty to turn over to me all attorney-client privileged communications in your possession.   Accordingly, I also must restate the demands of my prior letter:

1. **Identify all emails in your possession between my firm and the Legal Subcommittee, by reviewing header information and not reading the content of such emails;**

2. **Immediately turn over to me, in digital format, all such emails or other confidential communications in your possession;**

3. **Certify that, after turning over such confidential communications to my firm, that you have deleted all such emails in your possession;**

**4. State whether you have reviewed any of the content of such confidential communications; and**

**5. Fully explain how you came into possession of these confidential communications.**


      If you have any questions regarding this matter, you may reach me at 415-955-1155, ext. 114, or at karl@KBInternetLaw.com.


Sincerely,

KRONENBERGER BURGOYNE, LLP

Karl Kronenberger

Exhibit I

**KRONENBERGER | BURGOYNE**

150 Post Street          Phone  415.955.1155
Suite 520                Fax     415.955.1158
San Francisco, CA 94108  www.kronenbergerlaw.com

May 5, 2009


G. Whitney Leigh
Gonzalez & Leigh, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA  94105
Fax: (415) 512-2001
wleigh@gonzalezleigh.com

**VIA FACSIMILE AND EMAIL**

**RE:**   ***United States of America Chess Federation, Inc. et al. v. Polgar et al.,*
**Case No. 3:08-cv-05126-MHP; Possession of stolen attorney-client
privileged materials; <u>THIRD DEMAND</u>**

Dear Whitney:

This letter is a response to your letter dated May 1, 2009 regarding your possession of stolen attorney client communications.  You state that I was retained before the Legal Subcommittee was created, and as a result my communications to the Legal Subcommittee were and are not confidential.

Please note that the Litigation Committee was created for the purpose of investigating allegations of wrongdoing by your clients as partially detailed in the so-called Mottershead Report.  Further, your client, Polgar, had threatened to sue the USCF multiple times before my firm was engaged.  On November 4, 2007 the Legal Subcommittee was formed, and confidentiality was absolutely necessary, because my firm was to investigate claims against your clients.  Your clients knew this, and they never objected to the formation of this Legal Subcommittee.

You have admitted to reading my confidential emails to the Legal Subcommittee, where the recipients of the emails were Joel Channing and the rest of the Legal Subcommittee.   My first email to Joel Channing was on November 8, 2007, <u>after</u> the Legal Subcommittee was formed.

Accordingly, you have read and are in possession of highly confidential emails to my client, and I must, **<u>for the third time in writing</u>**, demand the following:

1. **Identify all emails in your possession between my firm and the Legal Subcommittee, by reviewing header information and not reading the content of such emails;**

2. **Immediately turn over to me, in digital format, all such emails or other confidential communications in your possession;**

3. **Certify that, after turning over such confidential communications to my firm, that you have deleted all such emails in your possession;**

4. **State whether you have reviewed any of the content of such confidential communications; and**

5. **Fully explain how you came into possession of these confidential communications.**

If you have any questions regarding this matter, you may reach me at 415-955-1155, ext. 114, or at karl@KBInternetLaw.com.

Sincerely,

KRONENBERGER BURGOYNE, LLP

Karl Kronenberger

Exhibit J

## JONES, FLYGARE, BROWN & WHARTON

*REPLY TO:*
P.O. BOX 2426
LUBBOCK, TEXAS 79408-2426

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
TELEPHONE: (806) 765-8851
TELECOPIER: (806) 765-8829

*COURIER ADDRESS:*
1600 CIVIC CENTER PLAZA
LUBBOCK, TEXAS 79401

*FROM THE OFFICE OF:*
**CHRISTOPHER B. SLAYTON**

*E-MAIL ADDRESS:*
*chris.slayton@jonesflygare.com*

July 6, 2009

Via Email and Facsimile: 748-5505
Samantha Peabody-Estrello
KILLION LAW FIRM
2521 74th Street
Lubbock, Texas 79423

     Re:    Civil Action No. 5-08 CV 00169-C; *Susan Polgar v. United States of American Chess Federation, Inc., et al*; In the United States District Court for the Northern District of Texas, Lubbock Division. **Our File No. 94.0938**

Dear Samantha:

Thank you for your email of June 29, 2009 wherein you provided the "Bates Stamp" numbers for documents which may contain attorney-client privileged information erroneously produced by Defendants. Those "Bates Stamp" numbers were KRON001113 through KRON001128.

After reviewing those documents, we have determined that they indeed contain attorney-client privileged information and that they were inadvertently produced in discovery. Accordingly, pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and Rule 502 of the FEDERAL RULES OF EVIDENCE, we hereby request that said documents be returned or destroyed in their entirety.

Because the documents were produced on a "flash drive," we understand that you may not be able to return or destroy the documents. However, we request that any copies made of the documents, in any form, be destroyed. We also request that the Plaintiff not use or disclose the documents or information contained therein. By way of this letter, we hereby inform you of our intent to claim privilege to the documents in question such that they cannot and should not be used or disclosed by you or your clients.

Thank you for your cooperation in this matter. Please indicate whether or not you can agree to the nonuse and nondisclosure of the documents in question by your signature below. If you cannot agree, we will need to have a hearing before Judge Cummings regarding these matters.

Very truly yours,

Chris Slayton

Page 2
June 19, 2008
Our File No. 94.0938

Agreed:

_____

Samantha Peabody-Estrello
Attorney for Plaintiff

cc:    Via Email Only
       William P. Huttenbach
       HIRSCH & WESTHEIMER, P.C.
       Bank of America Center
       700 Louisiana, 25th Floor
       Houston, Texas 77002-2772

Exhibit K

P.02/02

# GIFFIN, WINNING, COHEN & BODEWES, P.C.

### ATTORNEYS AT LAW

Suite 600 - Myers Building
One West Old State Capitol Plaza
P.O. Box 2117, Springfield, Illinois 62705

HERMAN G. BODEWES
JOHN L. SWARTZ
R. MARK MIFFLIN
DAVID A. HERMAN
MICHAEL J. MANNION
CREIGHTON R. CASTLE
CAROLYN T. GROSBOLL
PAULETTE F. DOVE

CHRISTOPHER E. SHERER
MELISSA G. STEWARD
JENNIFER L. WALSH

TELEPHONE (217)525-1571
FACSIMILE (217) 525-1710
WWW.GIFFINWINNING.COM

JAMES M. WINNING
ROBERT S. COHEN
RONALD W. PERIARD
ELIZABETH R. GAFFNEY
KRISTINA E. MONY
JAMES E. O'NEAL
OF COUNSEL

**David A. Herman**
e-mail: dherman@giffinwinning.com

April 22, 2009

· G. Whiteney Leigh, Esq.
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105

Re: United States of America Chess Federation v. Susan Polgar

Dear Mr. Leigh:

This letter is a follow up to my letter dated April 17, 2009, which was in response to your letter dated April 16, 2009, regarding your client's demands for indemnification. In my initial response to you, I failed to address your request to discuss your concerns about how your client's request for indemnification had been handled. While I am unable to evaluate the merits of your client's demand, I can attempt to facilitate her request.

Accordingly, I ask that you provide me with your client's position in writing as to how she believes she is entitled to indemnification for each of the separate lawsuits she seeks indemnification for and how each of her requests for indemnification were handled inappropriately. Once you provide this information to me, I will immediately forward her position to the USCF. If you have any questions or concerns, please contact me immediately. I look forward to hearing from you on this matter.

Sincerely,

GIFFIN, WINNING, COHEN
& BODEWES, P.C.

David A. Herman

DAH/nh

Exhibit L



uschess.org • View topic - I am not impressed with the new site. - Windows Internet Explo...

http://main.uschess.org/forums/viewtopic.php?p=68454#p68454

File   Edit   View   Favorites   Tools   Help

uschess.org • View topic - I am not...          Page ▾   Tools ▾

▢ BY **GREGORY** ON SAT SEP 15, 2007 1:55 AM #68454          "QUOTE

This site has been cobbled together to meet a deadline. It took me four days after I was hired to develop chessdisscusions.com (I started on Tuesday; and I worked a full time job as well), and from a technical standpoint; it is the best chess related forums site on the net (it has chess viewers and it is clean). This site took, what, 6 months, and the site is lacking necessary and thoughtful polish? I don't mean to sound bitter, I initially thought that Hal was a good choice to hire; but I expected **much** more.

Opening up the contract to non-insiders might be a good idea next time.

Gregory

**gregory**

**Posts:** 2017
**Joined:** Wed Mar 01, 2006 4:27 pm
**Location:** Seattle, Wa
**USCFId:** 13474581

🖂 PM

▢ BY **ANDYAPPLEBAUM** ON SAT SEP 15, 2007 2:30 AM #68455          "QUOTE

I'm having a lot of trouble getting used to the forums, but why don't you give it some time first? I remember I couldn't find anything on the old site when I first started using it, and by a few weeks ago I could do everything I wanted to, easily.

**AndyApplebaum**

**Posts:** 370
**Joined:** Thu Feb 22, 2007 6:15 pm
**Location:** Chicago/Iowa
**USCFId:** 12770176

🖂 PM

▢ BY **KJKORMICK** ON SAT SEP 15, 2007 2:47 AM #68456          "QUOTE

**kjkormick**

Done          🌐 Internet          🔍 100%