| | |
|---|---|
| 1 | GONZALEZ & LEIGH, LLP |
| | MATT GONZALEZ (SBN 153486) |
| 2 | G. WHITNEY LEIGH (SBN 153457) |
| | MATT SPRINGMAN (SBN 252508) |
| 3 | Two Shaw Alley, Third Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 512-2000 |
| | Facsimile: (415) 512-2001 |
| 5 | |
| 6 | Attorneys for Defendant |
| | SUSAN POLGAR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA CHESS FEDERATION, INC., an Illinois not-for-profit corporation, RANDALL D. HOUGH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual DOES 1-10, inclusive <br><br> Defendants. | Case No. 3:08-cv-05126-MHP <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT SUSAN POLGAR'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO HER MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> Hearing Date:  September 28, 2009 <br> Time:  2:00 p.m. <br> Courtroom:  Courtroom 15, 18th Floor <br> Judge:  Hon. Marilyn Hall Patel |

1  On September 17, 2009, Defendant Susan Polgar filed an administrative motion for leave
2  to file her proposed reply to plaintiffs' opposition to Defendant's motion to compel the
3  production of documents currently set for hearing on September 28, 2009.
4  Having considered the papers filed in support of Defendant's administrative motion and
5  the record in this case, and good cause having been found, the Court HEREBY GRANTS
6  Defendant Susan Polgar's administrative motion for leave to file her proposed reply.

Dated: September __, 2009          By:_____
                                      The Hon. Marilyn Hall Patel
                                      United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY**
**Case No. 3:08-cv-05126-MHP**