Sevan A. Muradian
5119 North Kenneth Avenue
Chicago, IL 60630
847.274.1352 (mobile)



FILED
09 SEP 24 PM 12: 35
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA CHESS FEDERATION, an Illinois non-for profit corporation, RANDALL D. HOUGH, an individual,<br><br>      Plaintiffs,<br><br>vs.<br><br>SUSAN POLGAR, an individual, GREGORY ALEXANDER, an individual, and DOES 1-10, inclusive,<br><br>      Defendants. | **CASE NO. 3:08-cv-05126-MHP**<br><br><br><br>Letter re: USCF Response to Polgar Letter dated 09-21-2009<br><br><br><br>Date: September 23, 2009. |

### Letter re: USCF Response to Polgar Letter dated 09-21-2009

Dear Judge Patel:

This letter expounds on the statement presented by Plaintiffs attorney, Karl S. Kronenberger (KRONENBERGER) in his response to the letter submitted by Defendant Susan Polgar's (POLGAR) attorney, Whitney Leigh (LEIGH), re: the attempted contact by Defendant Gregory Alexander (ALEXANDER).

KRONENBERGER stated that since the time that ALEXANDER was instructed as part of the criminal proceedings not to have contact with KRONENBERGER and/or POLGAR, that ALEXANDER attempted to contact POLGAR through myself as an intermediary.

KRONENBERGER fails to inform the court of the matter in full context.

On July 22, 2009 ALEXANDER telephoned me asking if I would relay a message to Paul Truong (TRUONG). The message to TRUONG from ALEXANDER was that since ALEXANDER has a no contact order with KRONENBERGER and POLGAR that he (ALEXANDER) did not believe it in the best interest of anyone to have any communications with TROUNG until all matters (criminal and civil) were resolved.

At no time did I guarantee to ALEXANDER that this message would be relayed to TRUONG.

The message in fact was NOT relayed to TRUONG but instead to the US District Attorney's office that is prosecuting the ALEXANDER case. After I was contacted by ALEXANDER, I telephoned the US District Attorney's office and left a message for him. I was then contacted by one of his staff named, Ben Tolkoff (TOLKOFF), whom I described the situation to and who I informed that I did not relay the message. I asked TOLKOFF if I should relay the message and he stated that he could not give me an answer to that question. As such I did NOT relay the message to TRUONG.

After my telephone conversation with TOLKOFF I was telephoned by an individual identifying himself as a U.S. Secret Service Agent. I do not recall this individuals name unfortunately but I am sure their records would indicate who contacted me. I informed this individual of the same information and asked the same question to him (if I should relay the message) and his response was the same as the one given by TOLKOFF. Again as such I did NOT relay the message to TRUONG.

I did not contact attorneys for either the Plaintiff or Defendant Polgar as this order was part of the criminal matter and believed that if either attorney or both were to be notified it should come from the US District Attorney's office and not from me.

This is the full context of this matter.

Respectively submitted,

*[signature]*

Sevan A. Muradian
5119 North Kenneth Avenue
Chicago, IL 60630
847.274.1352 (mobile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2009, I sent this information to attorneys of record for both Plaintiff and Defendant utilizing Federal Express service for delivery on the 25th day of September 2009.

*[signature]*

Sevan A. Muradian

Karl Kronenberger
150 Post Street
Suite 520
San Francisco, CA 94108
**Attorney for the US Chess Federation and Randall D. Hough**
FedEx Tracking #  8681 4548 7569

Whitney Leigh
Two Shaw Alley
San Francisco, CA 91105
**Attorney for Susan Polgar**
FedEx Tracking # 8681 4548 7547